AGREEMENT
BETWEEN
TUFTS MEDICAL CENTER
AND
MASSACHUSETTS NURSES ASSOCIATION

January 3, 2018 - September 30, 2021
2018-2021

# Table of Contents

Table of Contents.................................................................................................... ii

ARTICLE I, PURPOSES............................................................................................1

ARTICLE II, RECOGNITION .....................................................................................1

   2.1   Recognition ................................................................................................1

   2.2   Definitions ..................................................................................................1

   2.3   Non-Discrimination.....................................................................................2

ARTICLE III, ASSOCIATION ACTIVITIES ................................................................2

   3.1   Newly Employed or Terminated Nurses .....................................................2

   3.2   Participation in Association .........................................................................2

   3.3   Voluntary Deductions ................................................................................3

   3.4   Association Representatives........................................................................3

   3.5   Association Activities on Hospital Premises ................................................3

   3.6   Bulletin Boards ..........................................................................................3

   3.7   Association Security ...................................................................................4

   3.8   MNA Dedicated Phone Extension at Tufts .................................................4

   3.9   TUFTS/MNA Activities................................................................................4

ARTICLE IV, SALARIES............................................................................................5

   4.1   Salary Progression Schedules....................................................................5

   4.2   Degree Differential.....................................................................................7

   4.3   Salary after Promotion ..............................................................................7

   4.4   Shift Differential.........................................................................................7

   4.5   Weekend Differential..................................................................................8

   4.6   Float Differential ........................................................................................8

   4.7   Temporary Reassignment Differential........................................................9

   4.8   On Call and Call Back ................................................................................9

   4.9   Relief in Higher Classification..................................................................10

   4.10  Charge Nurse ..........................................................................................10

   4.11  Preceptor ................................................................................................11

   4.12  Alternative Pay Arrangements..................................................................11

   Article 4.13   Payroll Changes ..........................................................................12

ARTICLE V, HOURS OF WORK ............................................................ 12

5.1   Normal Work Schedule .......................................................... 12

5.2   Overtime ............................................................................... 13

5.3   Working Schedules ................................................................ 14

5.4   Weekends ............................................................................. 14

5.5   Rotation ................................................................................ 15

ARTICLE VI, HOLIDAYS ................................................................... 15

6.1   Paid Holidays or Compensatory Time Off .............................. 15

6.2   Payment for Hours Worked on a Holiday ............................... 17

6.3   Compensatory Time Off ......................................................... 17

6.4   Eligibility Requirements ......................................................... 17

6.5   Scheduling ............................................................................ 18

ARTICLE VII, VACATIONS ................................................................ 18

7.1   General Eligibility Conditions ................................................ 18

7.2   Vacation Time Off ................................................................. 18

7.3   Vacation Pay ......................................................................... 19

7.4   Scheduling ............................................................................ 19

7.5   Carrying Forward Unused Vacation ....................................... 19

7.6   Termination of Employment ................................................... 19

ARTICLE VIII, SICK-LEAVE .............................................................. 20

8.1   Sick Leave Credits ................................................................ 20

8.2   Sick Leave Pay ..................................................................... 20

8.3   Eligibility ............................................................................... 21

ARTICLE IX, HEALTH AND WELFARE PROGRAMS ........................... 21

9.1   Medical Plan ......................................................................... 21

9.2   Life Insurance ....................................................................... 22

9.3   Travel Accident Insurance ..................................................... 22

9.4   Liability Insurance ................................................................. 23

9.5   Worker's Compensation ........................................................ 23

9.6   Disability Insurance ............................................................... 23

9.7   Dental Plan ........................................................................... 23

9.8   Other Insurance .................................................................... 23

9.9     Work-Related HIV Benefit Plan ................................................. 24

9.10    Insurance Policies and Contracts Govern ................................. 24

9.11    Retiree Medical Savings Account ............................................. 24

ARTICLE X, RETIREMENT PROGRAM ..................................................... 28

10.1    Retirement Plan ...................................................................... 28

10.3 DB TO DC Transition: ................................................................ 29

ARTICLE XI, OTHER BENEFITS ............................................................... 30

11.1    Bereavement .......................................................................... 30

11.2    Jury Duty ............................................................................... 31

11.3    Tuition Reimbursement .......................................................... 31

11.4    Travel and Living Expenses ..................................................... 32

11.5    Professional Activities ............................................................ 33

11.6    Taxi Voucher .......................................................................... 33

11.7    Insurance Reimbursement ...................................................... 33

11.8    Sick Leave.  Vacation and Holiday Accruals .............................. 33

11.9    Parking .................................................................................. 33

11.10    Flexible Spending Accounts ................................................. 34

ARTICLE XII, LEAVES OF ABSENCE ........................................................ 34

12.1    Mandatory Leaves .................................................................. 34

12.2    Reemployment Rights ............................................................ 35

12.3    Continuation of Benefits ........................................................ 36

12.4    Notices and Information .......................................................... 36

12.5    Optional Leaves ..................................................................... 37

ARTICLE XIII, EMPLOYMENT STATUS .................................................... 37

13.1    Seniority ................................................................................ 37

13.2    Absences for Which Credited Service is Granted ....................... 37

13.3    Probationary Period ............................................................... 38

13.4    Adjustment in Seniority Date .................................................. 38

13.5    Loss of Seniority and Employment Rights ................................ 38

13.6    Vacancies .............................................................................. 39

13.7    Reduction in Force ................................................................. 39

13.8    Discipline and Discharge ......................................................... 42

13.9    Conference Reports...................................................................... 42

13.10    Resignation............................................................................... 42

13.11    Supervisory Duties ................................................................... 42

13.12    Non Professional Duties ............................................................ 43

13.13    Staffing .................................................................................... 43

ARTICLE XIV, STAFF NURSE ADVISORY COMMITTEE............................ 43

ARTICLE XV, GRIEVANCE AND ARBITRATION PROCEDURE .................. 43

15.1    Nurses Committee .................................................................... 43

15.2    Informal Adjustments................................................................ 44

15.3    Grievance and Arbitration Procedure ........................................ 44

15.4    Grievances Processed by the Association .................................. 45

15.5    Arbitrator's Authority................................................................ 45

15.6    Effect of the Arbitrator's Decision............................................. 45

15.7    Expenses.................................................................................. 45

15.8    Rules ....................................................................................... 46

15.9    Time Limits Mandatory ............................................................. 46

15.10    Exclusive Procedure................................................................. 46

ARTICLE XVI, MANAGEMENT RIGHTS .................................................. 46

ARTICLE XVII, CONTINUITY OF OPERATIONS ...................................... 47

17.1    No Lockouts ............................................................................. 47

17.2    No Strikes................................................................................ 47

17.3    Remedies ................................................................................. 47

ARTICLE XVIII, SUCCESSORS .............................................................. 47

ARTICLE XIX, PER DIEM NURSES......................................................... 48

19.1    Utilization of Per Diem Nurses.................................................. 48

19.2    Per Diem Scheduling ................................................................ 48

19.3    Per Diem Cancellation .............................................................. 49

19.4    Per Diem Work Assignments..................................................... 49

ARTICLE XX, FLEX AGREEMENT .......................................................... 50

20.1    Introduction ............................................................................. 50

20.2    Number of Positions.................................................................. 50

20.3    Filling Positions ....................................................................... 50

20.4   Hours ....................................................................................................... 51

20.5   Schedules and Cancellations ................................................................. 51

20.6   Time Off Benefits .................................................................................... 52

20.7   Additional Benefits .................................................................................. 52

20.8   Discontinuance of Flex RN Program ....................................................... 52

20.9   No Precedent ........................................................................................... 53

ARTICLE XXI, HEALTH AND SAFETY .................................................................... 53

21.1   Committee ................................................................................................. 53

21.2   Health and Safety .................................................................................... 53

ARTICLE XXII, MISCELLANEOUS ......................................................................... 53

22.1   Completeness of Agreement .................................................................. 53

22.2   Severability ............................................................................................. 53

ARTICLE XXIII, DURATION ................................................................................... 53

23.1   Duration .................................................................................................. 53

Cluster Side Letter ............................................................................................. 68

Resource Side Letter .......................................................................................... 69

Side letter of Agreement ................................................................................ 70

Clarification purposes one time only offer .................................................... 70

Voluntary Early Exit Program ......................................................................... 70

Agreement entered into this 3rd day of January 2018, by and between the TUFTS MEDICAL CENTER (hereinafter referred to as the "Hospital" and "Tufts"), a non-profit corporation organized under the laws of the Commonwealth of Massachusetts, and the MASSACHUSETTS NURSES ASSOCIATION (hereinafter referred to as the "Association" and "MNA").

## ARTICLE I, PURPOSES

**1.1**   The intent and purposes of this Agreement are to encourage harmonious relationships between the Hospital and the registered nurses it employs who are subject hereto; to promote and improve that relationship subject to their joint duties to the community and to the high standards of patient care; to clarify certain rights and privileges of the parties; to set forth and define rates of pay, economic benefits and other conditions of employment that shall apply to such nurses; and to establish amicable processes for collective bargaining.  The Association agrees that it will cooperate with the Hospital and support its efforts to assure efficient operation, to serve the needs of the community, and to meet the highest of professional standards in such services.

## ARTICLE II, RECOGNITION

### 2.1   Recognition

In accordance with the provisions of the certification of the National Labor Relations Board in Case No. 1-RD-870, the Hospital recognizes the Association as the sole and exclusive bargaining representative with respect to salaries, hours of employment and other conditions of employment for all full-time and regular part-time registered nurses employed by the Hospital, including staff nurses, assistant nurse managers, I.V. nurses, nurse practitioners, clinical nurse specialists, staff education instructors, registered nurses in the radiology and radiation oncology departments and in the cardiac catheterization lab and Clinical Research Associates I and II; but excluding all other employees, guards, the chairperson of nursing, vice chairpersons of nursing, the director of staff education, nurse managers, administrative assistants, administrative clinical managers, associate directors of education, program managers and all other supervisors as defined in the Act.

### 2.2   Definitions

The terms "nurse" and "nurses" as used hereafter in this Agreement refer only to such persons as at the time in question fall within the bargaining unit as defined in this Article.  The terms "full-time nurse" and "full-time nurses" refer only to nurses employed on a permanent basis who are normally scheduled to work forty (40)

hours per week.  The terms "part-time nurse" and "part-time nurses" refer only to nurses employed on a permanent basis who are normally scheduled to work less than forty (40) hours per week.

## 2.3   Non-Discrimination

Neither the Hospital nor the Association will discriminate against any nurse or applicant for employment because of handicap, race, sex, age, national origin, sexual orientation, religious belief or veterans' status in violation of applicable laws. Neither the Hospital nor the Association will discriminate against any nurse or applicant for employment because of marital status.

Any nurse who believes that he or she has been subject to discrimination because of sexual preference shall bring the matter to the attention of either the Chairperson of Nursing or the Vice President of Human Resources, who will investigate the matter and take appropriate action.  To the degree requested by the nurse, the information so provided will be treated confidentially.  Although this understanding will not be subject to the grievance and arbitration provisions of the Agreement, any such allegation will be treated as a serious matter.

## ARTICLE III, ASSOCIATION ACTIVITIES

## 3.1   Newly Employed or Terminated Nurses

The Hospital will advise all new nurses at the time of employment that the Association is their exclusive representative for the purposes of collective bargaining and will each month notify the Association in writing of the name, address, classification and unit of each nurse newly employed, on leave or terminated during the preceding month, and of any name or address change.  The Hospital will provide to the Association, annually, a list of the nurses in the bargaining unit together with their addresses.

## 3.2   Participation in Association

The Hospital and the Association recognize the right of any nurse to become and remain a member of the Association or to refrain from becoming and remaining a member of the Association, and neither party will interfere with any nurse in the exercise of that right.  An MNA/TUFTS Committee member or designee will have the opportunity to speak about the Association for thirty (30) minutes during each nursing orientation provided, however, that the MNA/TUFTS Committee member's or designee's participation in the orientation program will not adversely affect patient care or participation in mandatory education and training programs.

### 3.3   Voluntary Deductions

The Hospital agrees to deduct on a pay period basis either the annual dues for membership in the Association or an Association Service Fee from the earnings of any nurse who has voluntarily authorized the making of such deduction by filing written authorization therefore with the Hospital in a form approved by the Hospital. Such deductions shall be in the amount certified by the Association and shall be made in accordance with the terms of said authorization.  Withheld amounts will be forwarded to the designated Association office by the twentieth (20th) day of the calendar month following the actual withholding, together with the record of the amount and the names of those for whom deductions have been made.

### 3.4   Association Representatives

Duly authorized representatives of the Association may visit the premises of the Hospital at reasonable times to discharge the Association's duties as collective bargaining representative.  The visiting representative shall report at the Personnel Office and shall otherwise be subject to the reasonable control of the Hospital with respect to the times and places for such visits in accordance with its operating needs.

### 3.5   Association Activities on Hospital Premises

There shall be no Association activities on Hospital premises at any time that will interfere with the operation of the Hospital; however, members of the Bargaining Committee will not lose any regular pay for jointly scheduled meetings during working time with Nursing Administration for grievances and other matters relating to contract administration.  The parties agree to begin negotiations on a successor agreement six (6) months before the expiration of this agreement.  The Medical Center will release members of the Bargaining Committee (up to 10 people) to attend negotiations.  The Medical Center will pay members straight time for all hours of the first twenty (20) negotiation sessions.  These hours will count towards the nurse's scheduled FTE commitment but not towards overtime computations.  Nurses may work, use approved personal, holiday or vacation hours or use unpaid, approved absences to meet their respective FTE commitment.  The Hospital prefers that members agree to work or to use personal, holiday or vacation hours.

At Hospital orientation, the Hospital will distribute Association materials provided by the Association, subject to materials being approved by the Chairperson of Nursing.

### 3.6   Bulletin Boards

The Hospital will provide entire bulletin boards, specifically designated for the Association, for the posting of notices of Association meetings and related materials outside the Nursing Office (Farnsworth Building); Floating Plaza near the cafeteria;

across from Outpatient Registration (Proger 1); Atrium 1 Lobby near bottom of stairs; Biewend 3 near Tremont Street Garage entrance; and Atrium 3 entrance near Floating 3.  If approved, a notice will be posted within one (1) week of submission, and will stay up for the lesser of one (1) month or date the notice expires.  Approval shall not be unreasonably withheld.

### 3.7   Association Security

Except per diem nurses hired prior to July 14, 1995, each nurse who is not a member of the Massachusetts Nurses Association shall as a condition of continued employment, beginning on the thirtieth (30th) calendar day following either commencement of employment or the effective date of this Agreement, whichever is later, pay a service fee to the Association to cover the cost of collective bargaining and contract administration in the amount certified by the Association.

Any nurse who is a member of and adheres to established and traditional tenets or teachings of a bona fide religion, body or sect which has historically held conscientious objections to financially supporting labor organizations shall not be required to financially support the Association as a condition of employment; except that any such nurse who is required to pay a service fee shall, in lieu of any such service fee, pay sums equal to such service fee to a nonreligious charitable fund exempt from taxation under Section 501(c)(3) of the Internal Revenue Code of the nurse's choice and furnish verification thereof to the Association.

The Association shall indemnify, defend and save the Hospital harmless against any and all claims, demands, suits or other forms of liability that may arise out of, or by reason of, any action taken or not taken by the Hospital for the purpose of complying with this Section.

### 3.8   MNA Dedicated Phone Extension at Tufts

The Medical Center shall provide a dedicated phone extension with voicemail for the MNA/TUFTS Committee members to receive messages from bargaining unit members.

### 3.9   TUFTS/MNA Activities

The MNA Co-Chairs will each receive up to four hours paid time each month to be used during scheduled working hours at mutually agreeable times for TUFTS/MNA activities provided patient care is not adversely affected.  The MNA Co-Chairs may designate members of the MNA Committee to act on behalf of the Co-Chairs in accordance with the terms of this section.

## ARTICLE IV, SALARIES

### 4.1   Salary Progression Schedules

A.     Schedules

Nursing Salary Schedule, attached as Appendix A, to the 2018-2021 Agreement between the parties shall be amended as follows:

Effective the first pay period after January 1, 2018, the Hospital will pay a bonus to those nurses who have been on Step 17 for at least one year according to the schedule below.  The bonus will be based on 1FTE, but prorated according to a nurse's actual paid hours in fiscal year 2017 (October 1, 2016 through September 30, 2017).

| Years on Step 17 | Bonus for 1 FTE |
|---|---|
| 1.1 -2.0 | $500.00 |
| 2.1 - 3.0 | $1000.00 |
| 3.1 and up | $1500.00 |

Effective the first full pay period after January 1, 2018, a 1.5% across-the-board raise will be applied to all steps.

Effective after January 1, 2018, create a new Step 18, 1% above Step 17.  On the first day of the first full pay period following the creation of Step 18, nurses who have been on Step 17 for at least twelve full months shall automatically move to Step 18.  After the first full pay period following the creation of Step 18, nurses who have been at Step 17 shall advance to Step 18 on their anniversary dates.

Effective the first full pay period after January 1, 2019 a 1.5% across-the-board raise will be applied to all steps.

Effective the first full pay period after January 1, 2019, increase Step 18 to 2% above Step 17.

Effective the first full pay period after January 1, 2020, a 1% across-the-board raise will be applied to all steps.

Effective the first full pay period after January 1, 2020, increase Step 18 to 3% above Step 17.

Effective the first full pay period after January 1, 2021, a 1.5% across-the-board raise will be applied to all steps.

Effective the first full pay period after January 1, 2021, increase Step 18 to 4% above Step 17.

Effective the first full pay period after July 1, 2021 following ratification, a .5% across-the-board raise will be applied to all steps.

Effective the first pay period after September 15, 2021, increase Step 18 to 5% above Step 17.

B.      Assistant Nurse Manager.  Effective December 30, 2001, the salary progression schedule will be 10% higher than the staff nurse salary scale.

C.      Anniversary Step Increases
1.      Newly employed nurses, including per diem nurses, are eligible for step increases on applicable anniversary dates.  No nurse will be advanced more than one (1) anniversary step in a calendar year.  Step increases are implemented on the Sunday closest to the nurse's anniversary date.  Nurses who were hired at the start step prior to December 20, 1987 were eligible for a six months step and were and are eligible for step increases on applicable anniversary dates thereafter.  Step increases shall be on the same conditions as in effect prior to December 31,1976, the date nurses were frozen at their then applicable step pursuant to the award of arbitrator Robert L. Stutz in American Arbitration Association Case No. 1130-0294-77.  The period January 1, 1977 through December 31, 1977 shall not count toward any nurse's eligibility for a step increase and such eligibility shall be considered tolled for said period.  (For example, a nurse hired on October 1,1976 was eligible to advance to the six-month step on the salary schedule on April 1, 1978 and a nurse who was on step 2 as of December 31, 1976 and whose anniversary date is March 15 was eligible to advance to step 3 on March 15, 1978.)

2.      Effective January 1, 1996, nurses who transfer to per diem status from full-time or part-time status will remain on the step in the salary progression schedule which they were on prior to the transfer and shall continue to be subject to the Association service fee.

3.      Nurses whose anniversary date became January 2 under Section 4.1B(4) of the 2000-2001 Agreement will retain January 2 as their anniversary date for the future step increases.

D.     New Hire Step Placement.  Effective December 31, 2006, a newly employed nurse shall be hired at the third step on the progression schedule for her classification or, if she has prior nursing experience, the step on the progression schedule which the Chairperson of Nursing determines is appropriate considering her prior experience.  Effective December 31, 2006, all nurses on Step 2 will move to Step 3 as of that date.  Such nurses shall retain their anniversary dates for purposes of advancement to the next step on the salary scale.  This paragraph shall apply to newly employed per diem nurses.

## 4.2   Degree Differential

A.     A nurse with a baccalaureate degree in nursing shall receive a degree differential of five dollars ($5.00) per week.

B.     A nurse with a master's degree in nursing shall receive a degree differential of ten dollars ($10.00) per week.

## 4.3   Salary after Promotion

Any nurse who is promoted from one classification to another will be placed on the step of said classification which will provide not less than a five dollar ($5.00) per week increase over her previous salary and will thereafter receive appropriate length of service increases within the classification to which she has been promoted.

## 4.4   Shift Differential

Nurses working between the hours of 3:00 p.m. and 11:30 p.m. shall receive a differential of one dollar and eighty cents ($1.80) per hour for hours worked during such period.  The shift differential for such shift shall be three dollars and ten cents ($3.10) per hour for any full-time nurse who has agreed to work on the evening shift for a period of at least three (3) consecutive months or for any part-time nurse who has agreed to work shift for a period of at least six (6) consecutive months, provided that eligibility for such increased shift differential shall be dependent upon the nurse so committing herself/himself in writing and provided further that the nurse has agreed to reimburse the Hospital for the additional differential received by her/him above one dollar and eighty cents ($1.80), which reimbursement may be deducted from any monies due her/him, if she/he fails to fulfill her/his commitment.

Nurses working between the hours of 11:00 p.m. and 7:30 a.m. shall receive a differential of three dollars and ten cents ($3.10) per hour for hours worked during such period.  The shift differential for RNs who commit to working permanent nights for at least four consecutive (4) months shall be seven dollars ($7.00) per hour. The differential shall be included in computing holiday pay, vacation pay, sick leave pay,

bereavement pay and jury duty pay for those nurses who are permanently assigned to shifts for which they are regularly paid a shift differential.  The shift differential shall not apply to a day shift nurse whose assigned starting time is prior to 10:00 a.m.  The shift differential shall not apply to overtime hours worked by a day shift nurse unless the overtime equals four (4) or more hours in a day.

This section does not apply to Clinical Research Associates I and II.

## 4.5   Weekend Differential
Nurses who are assigned to shifts between the hours of 7:00 a.m., Saturday, and 7:00 a.m., Monday, shall be paid a differential at the rate of one dollar and ninety-five cents ($1.95) per hour for all hours worked during such shifts.

This section does not apply to Clinical Research Associates I and II.

## 4.6   Float Differential
A.     Float Pool Nurse
All Tufts nurses who are hired into the float pool will receive the differentials as indicated below in lieu of the normal shift and weekend differential listed in Article IV section 4.4 & 4.5 upon completion of orientation:

| Category | Differential |
|----------|--------------|
| Days | $3.00 |
| Evening | $6.00 |
| Nights | $8.00 |
| Weekends | $4.00 |

B.     Competency Requirements
A float pool will complete unit specific orientation and unit familiarization prior to taking assignment on that unit.

C.     Core Staff
The Hospital acknowledges that float nurses are meant to supplement core staff. When patient care needs require, the number of float pool nurses may exceed core nurses on any given unit on a temporary basis.

D.     Any nurse who floats will receive the float pool differential as outlined in this provision and will complete unit specific orientation and unit familiarization prior to taking assignment on that unit.

**4.7   Temporary Reassignment Differential**

A.      In addition to any shift and weekend differentials that may apply (i.e., differentials under Sections 4.4 and 4.5) any RN who is temporarily reassigned will receive a temporary reassignment differential of eight dollars ($8.00) per hour.  A nurse will only be expected to leave his or her home unit once per scheduled shift. The process for temporary reassignment is in Exhibit A to this Agreement.

B.      Cluster Position Nurse

At the time of hire, Cluster nurses will receive a written offer letter listing both their home unit and any additional alternate units.  The cluster nurse's home unit will be the first unit listed on the Nurse's job offer.  Seniority for Cluster nurses is based on the home unit.  Nurses in Cluster positions will receive the differential as indicated in Article IV, Section 4.7 above for all non-orientation hours worked when assigned to Cluster units outside their home unit.  Any cluster assignment shall match nurses' skill sets to patient type.  A Cluster nurse will complete unit specific orientation and unit familiarization prior to taking assignment on that unit, which shall be done by utilizing whatever methodology the Medical Center uses to determine competencies with input of the Nurse Manager or his/her designee.  If any nurse feels s/he needs a review of competencies for any reason, there shall be a reassessment of competencies at the nurse's request.

**4.8   On Call and Call Back**

A.      Effective upon ratification, January 3, 2018, nurses on call off the Hospital premises shall be paid on call pay at the rate of seven dollars ($7.00) per hour.  If called to work during the on call period, they shall be paid for all time worked but in no event for less than three (3) hours at time and one half their regular straight time rate for each separate call answered.  A nurse who is not immediately available when called at the telephone number she has left at the Hospital for that purpose, or who does not report for work within forty-five (45) minutes of being called or at the time requested, whichever is later, shall forfeit any rights she would have had to receive any on call pay.  Nurses on call who are required by Nursing Administration to remain on Hospital premises or in Hospital provided sleeping quarters will be paid on call pay at their regular straight time hourly rate of pay.  Such hours will be considered as time worked for purposes of calculating overtime pay.

B.      A nurse who works sixteen (16) hours in any twenty-four (24) hour period, part of which includes work during an on-call period, will have ten (10) hours off before commencing work on her/his next regularly scheduled shift without loss of pay.

C.      If a nurse, who has worked at least 8 hours within the previous 24 hours, is

called back to work during an on-call period more than three (3) hours before the start of his/her scheduled shift, the nurse will be guaranteed a minimum of ten (10) hours off prior to returning to work.

a. If providing the nurse with the ten (10) non-working hours would result in less than two (2) hours remaining on her/his next scheduled shift, the nurse may remain off duty for the entire shift.  A nurse may take this time unpaid, or may use her vacation bank, holiday bank, or personal holiday bank at his/her option.

b. If there are more than two (2) hours remaining in the scheduled shift, the nurse may request to remain absent for the remainder of such shift.  Such approval shall not be unreasonably denied.  Payment for time not worked may be from the nurse's available vacation bank, holiday bank, or personal holiday bank at his/her option.

D.    Pediatric Transport Nurses
Pediatric transport nurses who are called in to work will have ten (10) hours off before commencing work on another shift without loss of pay.

This section does not apply to Clinical Research Associates I and II.

## 4.9   Relief in Higher Classification
Nurses assigned for one (1) full day or more to relieve in a higher classification shall receive additional compensation for such temporary service at the rate of seven dollars and fifty cents ($7.50) per shift.  This provision shall not be applicable to relief when an Assistant Nurse Manager and a Nurse Manager in the same unit are absent simultaneously on regular days off or paid holidays of the nurse relieved nor shall it be applicable to an Assistant Nurse Manager who relieves a Nurse Manager for her vacation or for any other absence unless such absence shall exceed two (2) continuous weeks in duration.

This section does not apply to Clinical Research Associates I and II.

## 4.10 Charge Nurse
(a)    A staff nurse who is assigned for four (4) hours or longer to be in charge of a floor on the evening or night shift will be paid a differential for hours worked on such duty at the rate of two dollars and ten cents ($2.10) per hour.  A Staff Nurse who is assigned for four (4) hours or longer to be in charge of a floor on the day shift, because of the absence of both the Nurse Manager and the Assistant Nurse Manager, will be paid a differential for hours worked on such duty at the rate of two dollars and ten cents ($2.10) per hour.

This section does not apply to Clinical Research Associates I and II.

(b)    Effective April 1, 2018, the following units - North 4, North 6, North 7, North 8, Proger 5 N, Proger 7, Floating 7 and Pratt 8 - will have fifty-two (52) hours per unit per week of a nurse placed in charge without an initial assignment, and will be used to assist other nurses on the floor, assist with admissions and provide coverage for breaks and lunches.  The determination on the use of these nurses shall be in collaboration between the nurses on the applicable unit and the applicable clinical nursing director, subject to patient care needs.  This language supersedes the "Charge Nurse Program" in Exhibit A of the parties' Collective Bargaining Agreement. If Massachusetts adopts and implements a law or regulations limiting the number of patients that a nurse will be assigned, the Hospital will meet with the MNA to discuss the need to maintain this provision or revert to 6.4 FTEs split evenly among the units identified above.

This Section 4.10 does not apply to Clinical Research Associates I and II.

## 4.11 Preceptor
The Hospital shall offer preceptorship training.  If, in the opinion of the Hospital, a nurse is qualified to perform the duties of a preceptor s/he will be utilized as such when there is a need on the unit.  Each time there is a need for a preceptor on such an RN's unit, the Hospital will seek qualified volunteers to serve as a preceptor that it believes are a suitable match for the new nurse.  If there is more than one such qualified volunteer, the Hospital will alternate among the qualified volunteers.

If there are no qualified volunteers, the Hospital will select a preceptor from the qualified RNs on the unit.  If a nurse is selected in such a way, s/he will not be required to work as a preceptor for six (6) months after completion of precepting period.

## 4.12 Alternative Pay Arrangements
The Hospital may adopt alternative pay arrangements to those set forth in this Article, provided (a) qualified nurses currently employed are accorded the opportunity to be considered for any alternative pay arrangement prior to hiring nurses from outside the Hospital and such alternative pay arrangement is voluntary on the part of the nurse, (b) the alternative pay arrangement is applicable uniformly to all nurses who work under the same work schedule, and (c) the alternative pay arrangements provides for straight time hourly rates of not less than those set forth in Appendix A.  The Hospital will advise the Association of any new pay arrangement which it adopts and the standards applicable thereto.

**Article 4.13        Payroll Changes**
A.      Effective on or after the first payroll after January 1, 2004, on a date determined by the Hospital, the Hospital will convert to a bi-weekly payroll.

Except for circumstances beyond the control of the Hospital, a nurse who notifies the Hospital of an error in her/his paycheck shall be issued a check for the correction on the day it is requested during normal business hours or on the next business day during normal business hours, if such request occurs on a Saturday, Sunday, Tuesday, or other day on which the payroll is processed during a holiday week.  If notice is given by a nurse to the Payroll Office during normal business hours on a Friday before a Monday holiday, upon approval of the Central Staffing Office, the Payroll Office will issue a check on a Monday holiday during limited Payroll Office hours.

B.      <u>Automatic Direct Deposit of Pay</u>.  Effective on or after the first payroll after January 1, 2004, on a date determined by the Hospital, the Hospital will institute automatic direct deposit of pay for all nurses.

## ARTICLE V, HOURS OF WORK

### 5.1   Normal Work Schedule
The normal work week shall be Sunday through Saturday.  For full-time nurses who are scheduled to work a five (5) day work week, the normal work week shall consist of forty (40) hours.  For nurses who are so scheduled, the normal work day shall consist of eight (8) consecutive hours, excluding a one-half (½) hour unpaid lunch period.

The Hospital reserves the right to institute work schedules which provide different work weeks and/or work days from those defined heretofore.  The opportunity to be considered for any alternative work week and/or work day schedule will be accorded to qualified nurses currently employed prior to hiring nurses from outside the Hospital and the wage and benefit package applicable to nurses working any such schedule shall not exceed the package applicable to currently employed nurses who work the same work schedule.  The Hospital will provide the Association with the opportunity to meet and to provide input before implementing any different work week and/or work day schedule.  No nurse will be required to change from the normal work week and/or work day schedule to a different work week and/or work day schedule, provided that a nurse may be hired with the understanding that she/he may be required to work a different schedule.  If a different schedule is

instituted for a particular unit, a nurse who is unwilling to change from a normal work week and/or work day schedule and who is not hired with the understanding that she/he may be required to work a different schedule will be permitted to select from among vacancies in other units for which she/he is qualified and which involve his/her existing schedule (i.e., day rotating, permanent evenings or permanent nights), to which said nurse will be able to transfer.

This section does not apply to Clinical Research Associates I and II.

## 5.2   Overtime

A.      All work performed by a nurse, when approved by the Hospital, in excess of forty (40) hours in a week shall be paid for at one and one-half (1½) times the nurse's regular hourly rate.  Any part-time nurse who works in excess of the hours in the nurse's regularly scheduled shift in a day (but not less than 8 hours in a day) shall be paid for such excess at the rate of one and one-half times the nurse's regular hourly rate of pay.

B.      A nurse who completes five (5) full-time shifts in a week shall be paid for all time worked in excess of said shifts at one and one-half (1½) times the nurse's regular hourly rate of pay.

C.      When a nurse who is regularly scheduled to work eight (8) hours in a day works more than twelve (12) consecutive hours, she shall be paid for all such work in excess of eight (8) hours at one and one-half (1½) times her regular hourly rate of pay.

D.      For purposes of this Section, paid holidays or compensatory time off in lieu of holiday pay, paid sick leave and vacation time and except as provided in Section 4.7, but no other paid or unpaid absences, shall be considered as time worked.  If a nurse receives pay in lieu of compensatory time off pursuant to Section 6.3, this shall not be considered time worked.

E.      There shall be no duplication or pyramiding of any premium pay or overtime.

F.      Subject to the Hospital's operating requirements, as determined by the Hospital, the Hospital will give a nurse who works a double shift (two full shifts) the next day off.  When this is not feasible, the nurse will have ten (10) hours off before commencing work on another shift without loss of pay.

G.      Clinical Research Associates I and II will be paid on a salaried (not hourly) basis and nurses in these classifications will not be eligible for overtime compensation.

## 5.3   Working Schedules

Effective May 29, 2005, the Hospital, under normal circumstances, will post working schedules not later than two (2) weeks prior to the start of the four (4) work week period to which they are to apply.  Because of unforeseen conditions, however, the Hospital may later revise or supersede any schedule so posted, provided that, in such event, the nurse affected will be notified of the change. Upon the posting of each four (4) week time schedule, the Hospital will post a list of available shifts/hours. The Hospital will endeavor to fill known holes in the schedule that exist at the time the said schedule is posted.

To the extent allowed by law, and subject to operational needs as solely determined by the Hospital, nurses will be permitted to make voluntary schedule changes and voluntary switches between two (2) or more nurses within a two (2) week period of time, provided the voluntary switch does not result in an overtime status and the nurse's regularly scheduled hours average out over the period of the two (2) weeks. This section does not apply to Clinical Research Associates I and II.

## 5.4   Weekends

The Hospital will endeavor to continue its present practice with respect to scheduling weekends off, by endeavoring to give nurses every other weekend off.  The Association recognizes, however, that conditions may arise, from time to time, that necessitate changes in those practices.  Subject to its operating requirements, as determined by the Hospital, the Hospital will give full-time nurses who have completed at least ten (10) consecutive years of service with the Hospital, two (2) out of every three (3) weekends off.  Effective January 1, 1997, the Hospital will expand the universe of nurses who would be eligible for consideration for two (2) out of every three (3) weekends off to include nurses who are regularly scheduled to work at least thirty (30) hours per week, provided that this change will not increase the number of nurses who are actually granted two (2) out of every three (3) weekends off during any given three (3) week period.

Subject to staffing and scheduling requirements on particular units, as determined by the Hospital, nurses will not be required to make up one (1) weekend per year on which they are scheduled to work but do not work due to being on vacation.  The Nurses and the Hospital acknowledge that weekend shifts are important, and that nurses have the responsibility to fulfill their scheduled weekend shift obligations.

This section does not apply to Clinical Research Associates I and II.

## 5.5  Rotation

Subject to exceptions which may be made from time to time in order to provide adequate nursing coverage for patient care, the Hospital will schedule nurses so that in a four (4) week period, all rotating nurses shall rotate either between days and evenings, or days and nights and so that a nurse shall not be scheduled more than fifty percent (50%) of her time on the evening or night shift.  At the time of each assignment, a nurse shall be given the opportunity to indicate her preference for days-evenings or days-nights.  Although the final decision on such assignments is reserved to the Hospital, the Hospital will endeavor to accommodate senior nurses on a given unit.  A nurse may request permanent evenings or nights if she/he so desires and, subject to the Hospital's operating needs as determined by the Hospital, the Hospital will endeavor to accommodate the nurse.  The Hospital recognizes that creating permanent evening and night positions is desirable, and where the opportunity exists as determined by the hospital, will convert nurses from a rotating to a permanent evening or night shift schedule if desired by the nurse.

This section does not apply to Clinical Research Associates I and II.

## ARTICLE VI, HOLIDAYS

## 6.1  Paid Holidays or Compensatory Time Off

A.      Each nurse who is regularly scheduled to work twenty (20) hours or more per week and who satisfies the eligibility conditions specified below will be granted the following twelve (12) holidays with pay:

New Year's Day
Martin Luther King Jr.'s Birthday
President's Day
Memorial Day
Independence Day
Labor Day
Columbus Day
Thanksgiving Day
Christmas Day

3 Personal Choice Holidays in Each Calendar Year

For purposes of this Agreement, each holiday listed above, other than the Personal Choice holidays, shall mean and be observed under this Agreement on the day established by the law of Massachusetts for its observance as a legal holiday, with the exception that, if any of such holidays falls on a Saturday, it shall be observed on the immediately preceding Friday.

Nurses shall be permitted to select any calendar day for a Personal Choice holiday upon notice to the Hospital given at least three (3) weeks prior to the start of the time block in which the day requested falls.  If, however, Hospital operating requirements preclude granting the day selected, the nurse shall be entitled to select an alternate day.

After completion of two (2) months of employment, newly employed nurses will be eligible for personal choice holidays in that calendar year, on the following basis:

| Date of Hire | Number of Personal Choice Holidays in the Calendar Year of Hire |
|---|---|
| January 1-March 31 | 3 |
| April 1 - June 30 | 2 |
| July 1 – September 30 | 1 |
| October 1 - December 31 | 0 |

B.     Holiday pay for a full-time nurse shall be computed on the basis of the nurse's regular straight-time hourly rate, in addition to shift differential, if applicable, times eight (8) hours.  Holiday pay for an eligible part-time nurse shall be prorated in accordance with the number of hours per week which the nurse is regularly scheduled to work.

C.     If a holiday falls on the day off of a nurse who is eligible for holiday pay under this Article and compensatory time off cannot be arranged under Section 6.3, the nurse will be paid for holiday pay computed as provided for in Section 6.1.B of this Article.

D.     A holiday falling during the vacation period of a full-time nurse or part-time nurse who is eligible for holiday pay under this Article will be recognized through the nurse receiving an additional day of vacation.

## 6.2   Payment for Hours Worked on a Holiday

If a full-time nurse or part-time nurse who is regularly scheduled to work at least twenty (20) hours per week works on a holiday, the nurse will be paid for the hours worked at the rate of one and one-half (1½) times her regular straight-time hourly rate, in addition to shift differential, if applicable, and in addition to any holiday pay or compensatory time off to which the nurse may be entitled.  All other part-time nurses who work on any of the holidays specified in Section 6.1.A will be compensated for the time worked at two and one-half (2 ½) times their regular straight-time hourly rate, in addition to shift differential, if applicable.  Holidays other than Christmas Day and New Year's Day shall be deemed to fall between the hours of 11:00 p.m. on the holiday eve and 11:00 p.m. on the holiday.  The Christmas and New Year's holidays shall be deemed to fall between the hours of 3:00 p.m. on the holiday eve and 11:00 p.m. on the holiday.  A nurse shall be compensated for all holiday hours worked at the applicable holiday rate.

This section does not apply to Clinical Research Associates I and II.

## 6.3   Compensatory Time Off

Compensatory time off with pay in lieu of holiday pay may be accepted by a full-time nurse or part-time nurse who is eligible for holiday pay under this Article with the consent of the Hospital.  All holiday compensatory time off must be taken within the six (6) week period before or the six (6) week period after the holiday.  The Hospital and the nurse shall find a mutually agreeable holiday compensatory day off. If a mutually agreeable day cannot be found, the nurse shall be paid out such holiday pay.  Notwithstanding the foregoing, part-time nurses may bank up to sixteen (16) hours of compensatory time off so that they may be paid for a full day when taking compensatory time off.

## 6.4   Eligibility Requirements

A.     To be eligible for holiday pay under Section 6.1 as to any holiday on which a nurse has not been scheduled to work (except a holiday falling during the nurse's normal vacation period), the nurse must work both the nurse's last scheduled workday before, and the nurse's first scheduled workday after, the substitute holiday.

B.     To be eligible for compensatory time off under Section 6.2 (the nurse's "substitute holiday"), the nurse must work both the nurse's last scheduled work day before, and the nurse's first scheduled work day after, the nurse's substitute holiday.

C.     If a nurse who has been scheduled to work on a holiday fails to work as scheduled, the nurse will not be entitled to holiday pay or to compensatory time off with respect to that holiday.

D.     The eligibility for holiday pay of a nurse who is on a leave of absence will be determined in accordance with the provisions of Section 12.3.

E.     Failure to satisfy the requirements of A, B, or C above shall not preclude payment of holiday pay if the absence of the nurse was due to personal illness, industrial accident, emergency illness at home, death in family, jury duty or other reasons for which the nurse has been excused by the Chairperson of Nursing, provided that the reasonableness of the Chairperson's decision may be subject to the grievance and arbitration procedure.

## 6.5   Scheduling

Subject to its operating requirements, the Hospital will rotate holiday assignments as equally as possible among the nurses so as to afford each nurse a fair share of holidays off.

## ARTICLE VII, VACATIONS

## 7.1   General Eligibility Conditions

Each nurse who is regularly scheduled to work twenty (20) or more hours per week will accrue vacation benefits beginning with the first week following commencement of employment.

## 7.2   Vacation Time Off

A.     Staff Nurses, I.V. Nurses, and Assistant Nurse Managers who are employed full-time shall accrue vacation benefits at the following weekly accrual rates at the completion of each full week of credited service:

| Seniority | Rate of Accrual for Each Full Week of Credited Service | Maximum Yearly Vacation Benefit |
|---|---|---|
| Up to 3 years | 2.31 Hours | 120.12 Hours |
| 3 years but not more than 20 years | 3.08 Hours | 160.16 Hours |
| Upon completion of 20 years | 3.85 Hours | 200.20 Hours |

B.     Instructors, Nurse Practitioners and Clinical Nurse Specialists who are employed full-time shall accrue vacation benefits at the weekly accrual rate of 3.08

hours upon the completion of each full week of credited service (160.08 hours is the maximum yearly vacation benefit).  Upon completion of 20 years of seniority, said weekly accrual rate shall be 3.85 hours (200 hours is the maximum yearly vacation benefit).

C.      An eligible part-time nurse shall accrue that proportionate part of the applicable weekly vacation accrual which the number of hours the nurse regularly works per week bears to 40 hours.

## 7.3   Vacation Pay

Each hour of vacation time off shall be paid at the nurse's regular straight-time hourly rate, in addition to shift differential, if applicable.  Vacation pay shall be paid in a separate check made available to the nurse before the nurse commences the vacation.

## 7.4   Scheduling

Effective May 29, 2005, a nurse may not use accrued vacation prior to the first day of the calendar month following completion of three (3) months of seniority.  The Hospital reserves the right to schedule vacation time off in accordance with its operating requirements, and in assigning time off will give effect within a given nursing unit to nurses' preferences in order of seniority, provided that a nurse may not take more than two (2) weeks of vacation during the prime vacation period (May 15 - September 15) if such would have the effect of denying any nurse in that unit one (1) week of vacation during that period.  Nurses may take a total of one week (of their scheduled hours) of vacation during the (Massachusetts) public school February and April school vacation weeks combined, unless all requests for those weeks have been granted, and there is still additional time to be awarded.  Vacations may be scheduled in increments of less than one week during the (Massachusetts) February and April public school vacation weeks.  A nurse may take only vacation which has previously been earned.  The Hospital shall endeavor to provide each nurse with the opportunity to schedule his/her annual vacation accrual.

## 7.5   Carrying Forward Unused Vacation

Nurses may carry forward no more than one (1) year's maximum accumulation of vacation.  Nurses will be given written notice of their vacation accruals on a quarterly basis.

## 7.6   Termination of Employment

A nurse shall be entitled to payment of any accrued but unpaid vacation pay upon termination of the nurse's employment provided (a) the nurse has at least six (6) months of seniority as of the date of the nurse's termination, and (b) if the

termination is due to the nurse's resignation, the nurse has given notice of at least four (4) weeks, except where conditions beyond the control of the nurse prevent compliance with these requirements or where the nurse resigns pursuant to a mutual agreement with the Hospital.

## ARTICLE VIII, SICK-LEAVE

### 8.1   Sick Leave Credits

Full-time nurses are eligible to accrue sick leave credits at the rate of 1.85 hours for each week of credited service following commencement of employment.  Nurses who are regularly scheduled to work at least twenty (20) hours per week but less than forty (40) hours per week will accrue sick leave credits on a prorated basis, i.e., their sick leave credits for each such week shall be that proportionate part of 1.85 hours which the number of hours the nurse is regularly scheduled to work bears to forty (40) hours.  Sick leave credits shall be cumulative up to a maximum of 1,212 hours of unused credit.

### 8.2   Sick Leave Pay

A.      An eligible nurse who is absent from work by reason of the nurse's personal illness or other personal disability shall be compensated at the nurse's straight- time hourly rate, in addition to shift differential, if applicable, for otherwise scheduled working time (not to exceed eight (8) hours) for which the nurse is compelled to be absent because of such sickness or disability to the extent of the unused sick leave credits which she has accrued under Section 8.1.

B.      A nurse who becomes hospitalized while on vacation may convert from vacation time off to paid sick leave or, if the nurse has used all of the nurse's accrued sick leave credits, to leave of absence for personal illness.  The Hospital reserves the right to require that the nurse furnish evidence of hospitalization.

C.      Although sick leave is intended primarily to protect the nurse from loss of income due to illness or injury, the Hospital recognizes that, at times, the illness of or injury to an individual who is dependent on the nurse for his/her care may require the nurse to be away from work to attend to the dependent.  All nurses are expected to find alternative sources of care and support for their dependents in those situations.  However, when alternative arrangements cannot be made, sick leave may be utilized by the nurse for this purpose.  The Hospital may require verification of the circumstances if it determines such is warranted in its discretion.

## 8.3  Eligibility

A nurse shall not be eligible to use accrued sick leave credits prior to completion of the nurse's probationary period.  In addition, to be eligible to use accrued sick leave credits, a nurse (a) must give the Hospital notice of such absence prior to the nurse's scheduled starting time unless the nurse's failure to give such notice is for reasons beyond her control; (b) must furnish reasonable evidence of any illness or disability, if so requested by the Hospital; and (c) must report to the Hospital's Health Office upon returning to work if the illness or disability exceeds two (2) working days.  A nurse who leaves a regularly scheduled position of twenty (20) hours or more per week (eligible for paid sick leave), and who transfers to a position that is not eligible for sick leave, will have her/his previously accrued sick leave placed in a sick bank.  If the nurse returns to a regularly scheduled position of twenty (20) hours or more per week, she/he will have access to the sick bank, provided she/he was not in a per diem position for greater than five (5) years.  If the nurse was in a per diem position for not more than five (5) years, the sick leave in the bank will be restored after the nurse has been in a regularly scheduled position of twenty (20) hours or more per week for twelve (12) months.  If the nurse was in a regularly scheduled position of less than twenty (20) hours per week, the bank will be restored immediately.

## ARTICLE IX, HEALTH AND WELFARE PROGRAMS

## 9.1  Medical Plan

A.    The Hospital will make available to eligible nurses who are regularly scheduled to work twenty (20) hours or more per week medical insurance coverage under either the Tufts HMO or the HMO Blue New England plan, as agreed upon in the 2003 negotiations.

B.    Eligible nurses who are regularly scheduled to work thirty (30) hours or more per week will contribute the following percentage of the premium for medical insurance coverage:

Individual Plan     -     11% contribution
Individual Plus 1 Plan   -17% contribution
Family Plan -     18% contribution

Eligible nurses who are regularly scheduled to work at least twenty (20), but less than thirty (30) hours per week will contribute 50% of the premium for either the Individual, Individual Plus 1 or the Family Plan.

C.     A nurse who wishes to participate in the medical plan program must enroll in accordance with the provisions of the program.  Coverage will be continued during periods of absence in accordance with the provisions of Section 12.3.  Coverage will be continued thereafter (but only so long as the nurse retains seniority) provided the nurse pays the total weekly cost of such coverage to the Hospital in accordance with the Hospital's payment policy.

D.     Nurses who are regularly scheduled to work less than twenty (20) hours per week shall be eligible to participate in the medical plan group, provided the insurance carrier does not object.  Such nurse shall pay the full cost of coverage (whether Individual, Individual Plus 1 or Family).

E.     Domestic partner coverage will be added on the same basis as for other Hospital employees.

F.     Under the 2003-2004 Agreement, the following design changes were made under both plans:

| | | |
|---|---|---|
| Office Visits | - | $10 co-pay; |
| ER Visits | - | $50 deductible, waived if admitted; |
| Prescriptions | - | $10/$20/$35 co-pay. |

G.     Children will be covered on the Hospitals insurance plan for up to two (2) years following the loss of dependent status on a parent or guardians taxes, up to age twenty-six (26).

## 9.2   Life Insurance
The Hospital agrees to provide at its own expense for nurses who are regularly scheduled to work thirty (30) or more hours per week life insurance benefits equal to one (1) times the nurse's annual salary.

## 9.3   Travel Accident Insurance
The Hospital agrees to provide at its own expense, during the term of this Agreement, travel accident insurance benefits for nurses who are required by the Hospital as part of their jobs to travel, briefly described as follows:

| | |
|---|---|
| Accidental Death and Dismemberment | $250,000.00 |
| Medical Payments | $   2,500.00 |

Travel accident insurance provides coverage for nurses who are engaged in airline/helicopter transport activities on behalf of the Hospital.

## 9.4   Liability Insurance

The Hospital agrees to provide, at its own expense, liability insurance coverage for nurses in amounts of at least $1,000,000/$10,000,000.

## 9.5   Worker's Compensation

The Hospital agrees to provide, at its own expense, worker's compensation coverage in accordance with the Massachusetts Worker's Compensation Law.

## 9.6   Disability Insurance

Hospital nurses who are regularly scheduled to work at least thirty (30) hours per week will be included in the disability insurance program available to other non-exempt employees of the Hospital as of October 7, 1985, on the same terms and conditions as were applicable to such other employees as of that date.

## 9.7   Dental Plan

Participation in the Hospital's group dental plan at no cost to the Hospital will be made available to nurses who are regularly scheduled to work at least thirty (30) hours per week.  Participating nurses must authorize the full premium to be deducted from their pay.  A nurse who is regularly scheduled to work at least twenty (20) hours per week, but less than thirty (30) hours per week, shall be eligible to participate in the group dental plan, provided the insurance carrier does not object. Such nurse shall pay the full cost of coverage (whether individual or family).

## 9.8   Other Insurance

A. Short-term Disability.  Nurses may participate at their cost.

B. Other Options.  Nurses will have the option, at their cost, on the same basis as other Hospital employees, as long as they are available to them, and subject to any changes which apply to them, to participate in the following offerings:
   1. supplemental life insurance;
   2. accidental death and dismemberment;
   3. spouse and dependent life;
   4. enhanced long-term disability benefit, to the extent that such is provided in the insurance coverage made available by the insurer under Section 9.6 above;
   5. long-term care insurance.

## 9.9   Work-Related HIV Benefit Plan

A.      The Hospital will provide at its expense an insurance benefit in the amount of $150,000 for HIV contracted through a work place exposure at the Hospital.  In order to be eligible for the benefit, following an exposure, a nurse must have a base line negative test within four (4) days of the exposure and convert to seropositive within nine (9) months after the exposure.  A nurse may purchase up to an additional $200,000 of insurance at the nurse's expense without a pre-enrollment blood test, within the first thirty (30) days of becoming newly eligible for the benefit. After that time, in order to purchase additional insurance, a nurse will be required to complete an Evidence of Insurability Form.  A blood test may be required. Additional insurance may be dropped at any time.

B.      Any nurse who is determined by an independent licensed health care provider to be incapacitated from working as a result of being a victim of a physical assault at work, and provides documentation of such incapacity, shall be entitled to workers compensation indemnity benefits from the first day of incapacity and shall not be required to use his/her time off benefits to cover any time lost from work during the first five days of incapacity.  The Hospital reserves the right to request a second opinion on the determination of a nurse's incapacity, at the Hospital's expense.

## 9.10 Insurance Policies and Contracts Govern

It is understood that the Hospital may not itself operate the insurance programs referred to in this Article but may maintain policies or contracts with insurance companies which will administer said programs.  The benefits and eligibility requirements under these programs shall be as fully provided in the applicable insurance policies and contracts.  The benefits under such programs shall be subject to such conditions and limitations as may be set forth in the policies or contracts of insurance.  Any dispute concerning eligibility for or payment of benefits under any such policies or contracts shall be settled in accordance with the terms thereof and shall not be subject to arbitration hereunder.

## 9.11 Retiree Medical Savings Account

No later than January 1, 2008, the Hospital shall establish a Retiree Medical Savings Account ("RMSA"), for full-time and regularly scheduled part-time nurses regularly scheduled to work at least 20 hours weekly eligible to participate and electing to do so.  The Hospital will endeavor to establish the RMSA before January 1, 2008 in order to allow participating nurses to make contributions during 2007, however, the Hospital's matching contributions under Section 9.11 (C) will only begin for contributions made after January 1, 2008.  The RMSA shall provide an account to which eligible nurses may contribute up to $4500 per calendar year, on an after tax basis.  In addition, a participating nurse shall be eligible for contributions by the

Hospital, and all amounts credited to a nurse's account shall accumulate interest at a guaranteed rate of interest.  Amounts in a nurse's RMSA can be used for qualified medical expenses.  A participating nurse shall be eligible to continue in a group medical insurance plan maintained by or on behalf of the Hospital and available to actively employed nurses.  The terms of the RMSA program are as follows:

A.    Eligibility
A nurse shall be eligible to participate for the full calendar year in which she/he turns 50, and for each subsequent year in which the nurse continues to hold a full-time or regularly scheduled part-time position.

B.    Nurse's Contributions
A participating nurse may contribute up to a maximum of $173.08 biweekly for a total of $4500 per calendar year, and shall contribute a minimum of $20 biweekly, for a total of $520 per calendar year.  The nurse's contributions shall be on an after tax basis, and shall be made by authorized payroll deduction.  A nurse shall be immediately vested in contributions made by her/him, and in the interest accumulating on those contributions made by her/him.

C.    Hospital's Contributions
The Hospital shall make a matching contribution for each eligible nurse at the end of each calendar year (without regard to whether the nurse is still actively employed at the end of the calendar year) as follows:  the Hospital shall contribute an amount equal to 20% of the first $2,000 amount contributed by the nurse during that calendar year, to a maximum annual Hospital contribution of $400 for any one nurse, subject to a total maximum Hospital contribution of $6,000 during a nurse's employment with the Hospital.

The nurse shall become vested in Hospital matching contributions made on her/his behalf, and interest accumulating on those contributions, upon the later of (i) completing of five years of service at the Hospital and (ii) attainment of age 55.  A nurse terminating employment with the Hospital prior to completion of five years of service or prior to age 55 shall forfeit any matching contributions, as well as any interest accumulated with respect to those contributions.

D.    Interest on Contributions
Interest shall be credited to amounts contributed by either the nurse or the Hospital at the rate payable on one-year Treasury bills in effect on the preceding September 30th.  Interest shall be credited at year-end based on the opening balance each year.  No interest is credited in the last year when a nurse uses the last of her/his account.

E.      Termination Prior to Retirement

A nurse who terminates from the employ of the Hospital for reasons other than retirement under the Hospital's retirement plan will be required to spend down the balance in her/his account within three (3) years.

F.      Death Benefits

Under federal regulations, an RMSA account can only be used to reimburse an employee or his/her spouse for qualified medical expenses.  In the event a married nurse dies before his/her spouse, the entire vested account balance, if any, can be used by the spouse for reimbursement of medical expenses.

If an unmarried participant or surviving spouse dies and a vested balance remains in the account, a lump sum death benefit is payable to a named beneficiary or to the estate.  The value of the lump sum benefit is based on the nurse's contributions to the plan, reaching a maximum of $100,000 at age 65 for those who have contributed the maximum annual amount to the RMSA for at least 15 years.  The value of the death benefit is reduced based on the greater of (i) the nurse's age at her death or (ii) the age the nurse would have been at the date of death of his/her surviving spouse, declining from 100% at age 65 to 35% of the age 65 lump sum amount at age 80.  All benefits paid from the RMSA for qualified medical expenses as allowed in the plan are excluded from federal income taxes.  All death benefits will be paid separately from the plan and will be excluded from federal income taxes.

To assure that the plan is used primarily for postretirement medical expenses, only death benefit eligible accounts, or accounts which are in suspension as described below, qualify for the death benefit.  Death benefit eligible accounts are those accounts where withdrawals over a period of two consecutive calendar years are at least equal to two times the annual average costs for the Hospital sponsored medical plan for which the nurse or surviving spouse is eligible for the years in question.

In order to preserve the death benefit, nurses who retire may elect at that time to defer accessing their account under the plan for a predetermined number of years specified by the nurse at the time he or she makes this election (if a nurse dies before retirement, the surviving spouse, if any, may make this election at the time of the nurse's death).  This request must be in writing and specify the number of years that the nurse wishes to suspend access to the account.  A nurse's initial election at the time of retirement may be made for any reason deemed appropriate by the nurse.  Subsequent suspensions may be elected only where medical insurance coverage has become newly available to the nurse.

Such subsequent suspensions must be elected within 30 days of the event making such medical insurance coverage available to the nurse and the nurse shall be required to provide written evidence of such newly available coverage.  The total number of elections, including the initial election at the time of retirement, shall not exceed three prior to age 65, and shall not exceed one election (in addition to the initial election made at the time of retirement) after attaining age 65.

However, the nurse may utilize the account during each year of the suspension up to the amount of $1,500 per year for deductibles, co-payments, and other qualified expenses during the period of time the account is otherwise suspended.

At any time during the suspension period, the nurse may provide written notification to the person designated by the plan administrator using the form prescribed by the Hospital and to be effective on the later of the date specified by the nurse or five business days following receipt of such form, that the nurse elects to end the suspension period and begin fully utilizing the account as a death benefit eligible account.

G.    Post-Retirement Participation in Group Plan
A nurse may participate in the Hospital's Medical Plan provided she/he has been vested in the RMSA.  Non-vested participants and nurses who do not participate in an RMSA will not have access to the Hospital's group medical coverage in retirement.

Upon retirement, a participating retiree may make withdrawals from the nurse's account to pay for qualified medical expenses for the nurse and her/his dependents. Qualified expenses include medical plan premiums; Medicare Parts B and D premiums; co-payments and deductibles; uninsured medical, dental and vision costs. A participating nurse who retires from the Hospital shall be eligible to continue to participate in the Hospital's Medical Plan, as it may be changed from time to time for active nurses of the Hospital generally, or such successor plan as may be so in effect for such active nurses, by paying the full amount of the age-graded premium determined by the Hospital from time to time.

H.    Severability
If any provision of the RMSA causes the plan to be disqualified or lose its tax exempt status, such provision shall be stricken from the plan, and the parties shall meet and negotiate a replacement provision or other alternative.

## ARTICLE X, RETIREMENT PROGRAM

### 10.1 Retirement Plan

The Hospital's existing retirement program is administered by the Tufts Medical Center and is called the Tufts Medical Center Retirement Plan.  The benefits under said retirement program shall be subject to such conditions and limitations as may be set forth in the applicable plan documents.  Any dispute concerning eligibility for or payment of benefits under this program shall be settled in accordance with the terms thereof and shall not be subject to arbitration.

The Hospital may substitute for the current retirement program another retirement program which provides equivalent or improved benefits.  It is recognized that certain features of a new program may be more liberal than the current program, while certain other features, such as the period for vesting, may not be as liberal as the current program.

### 10.2 2005 Change

A.      Effective August 1, 2005, the Hospital will implement the Retirement Savings Plan - 403(b) described in a handout at the parties' negotiating session on March 10, 2005.  Nurses who are participants in the Hospital's Participant's Contribution Plan, and the Defined Benefit Plan, (the "old program") as of May 1, 2005, will have a period of ninety (90) days, from May 1, 2005 to July 29, 2005 to opt into the new match feature of the Retirement Savings Plan - 403(b) (the "new program").  Their failure to opt into the new program will be an irrevocable decision to remain in the old program.  Nurses who opt into the new program will be entitled to a fully protected benefit under the old program based on service and pay as of the date their benefit is frozen.

Nurses who are not participants in the old program as of May 1, 2005, will be offered the opportunity to do so and, to that end, will have a ninety (90) day period from May 1, 2005 to July 29, 2005 to opt into the old program.  If they do not opt into the old program during this period, thereafter, their only option will be to participate in the new program.  Nurses who have not been employed for at least one (1) year, as of May 1, 2005, must exercise their option within the foregoing ninety (90) day period.

Nurses who commence employment after May 1, 2005, only have the opportunity to participate in the new program.

B.      A nurse who, as of August 1, 2005, is in per diem status and, who, prior to August 1, 2006, changes to regularly scheduled full-time or part-time status, will

have the right to opt to participate in the old program if the nurse meets the following requirements:

1.      immediately prior to becoming a per diem nurse, the nurse held a regularly scheduled full-time or part-time position; and

2.      immediately prior to becoming a per diem nurse, the nurse was an active participant in the old program.

Any such nurse who resumes regularly scheduled status prior to August 1, 2006, and who wishes to participate in the old program must notify the Hospital in writing that she/he is exercising such option within ten (10) calendar days of resuming regularly scheduled status; otherwise the nurse's only option will be to participate in the new program.  A nurse who, as of August 1, 2005, is in per diem status and who resumes regularly scheduled status on or after August 1, 2006, will not have the option to participate in the old program.  Such nurse will only have the option to participate in the new program.

Any such nurse who does not resume regular status prior to August 1, 2006, or who does resume regular status prior to that date, but who does not opt to participate in the old program as provided above, will have a fully protected benefit under the old program based on service and pay as of the date their benefit is frozen.

## 10.3 DB TO DC Transition:

Effective February 28, 2018 the Medical Center will add three years of service to the account of each nurse who is accruing benefits in the Defined Benefit (DB) plan as of that date.  For the avoidance of doubt, the three years will be pro-rated according to the terms of the plan.  As of the date, nurses will no longer accrue additional benefits in the Medical Center's DB plan, and will no longer contribute 2% of their after-tax compensation to the DB Plan.

Effective March 1, 2021, any nurse who was accruing benefits in the DB plan as of February 28, 2018, who remains employed by the Medical Center, and contributes at least 3% of pre-tax compensation to the Medical Center's DC plan, will receive a 4% employer contribution.  Nurses who contribute less than 3% of pre-tax compensation will receive a matching contribution equal to the nurse's contribution. By way of example, if a nurse contributes 1% of pay, s/he will receive a 1% matching contribution.

Effective February 1, 2018, the Medical Center's maximum matching contribution for nurses not accruing benefits in the DB plan at ratification:

a) Nurses with less than 15 years of service will receive a 3% match[1].  Effective January 1, 2019 that contribution will increase to 3.5%.  Effective January 1, 2020, that contribution will increase to 4%.
b) Any nurse with 15 years of service or more shall be eligible to receive a 4% matching contribution.
c) All new hires shall be automatically enrolled in the hospital's 403(b) retirement plan with the ability to opt out at any time.

All "matching contributions" under this paragraph will be on a "100 percent" match basis.  By way of example, if a nurse contributes 3% of pay, s/he will receive a 3% matching contribution.  Nurses who are in the DB plan as of the date of ratification will not be eligible for these matching contributions.

The parties agree that in reaching agreement, the parties referred to a spreadsheet entitled "Updated Analysis of Nurse Benefit Transition With 3 Year Service Enhancement - 4% Employer Match, 3% Employee Deferrals" dated September 2017, which was based on the DB Plan Document assumptions and information provided to the Massachusetts Nurses Association at the bargaining table and in a letter dated October 3, 2017.  The Parties agree that these document may be used as references, but acknowledge the amounts in the spreadsheet are estimates and projections based upon the stated assumptions and are not guaranteed.

## ARTICLE XI, OTHER BENEFITS

### 11.1 Bereavement

A.      In the event of a death in the immediate family of a nurse who is regularly scheduled to work at least thirty (30) hours per week, the nurse will be paid bereavement pay for three (3) days for otherwise scheduled working time, within a period of thirty (30) consecutive days beginning with the date of death, from which the nurse is absent by reason of such death for the purpose of making necessary funeral arrangements, attending the funeral or otherwise assisting in family matters relating to the death.  A day's bereavement pay shall be computed on the basis of the nurse's straight-time hourly rate, in addition to shift differential, if applicable, times the number of hours which the nurse was scheduled to work on the bereavement day.  For purposes of the preceding sentence, "immediate family" shall include only the nurse's mother, step-mother, father, step-father, brother, step-brother, sister, step-sister, spouse, child, stepchild, grandmother, grandfather,

---

[1] This change will be implemented on or about April 1, 2018, and the employer will true-up its matching contribution effective February 1, 2018.

mother-in-law, father-in-law, or other person living in the nurse's immediate household.

B.     In the event of a death in the immediate family of a part-time nurse who is regularly scheduled to work less than thirty (30) hours per week, the nurse will be paid bereavement pay for up to one (1) day for otherwise scheduled work time to permit the nurse to attend the funeral.  A day's bereavement pay for such a part-time nurse shall be computed on the basis of the nurse's straight-time hourly rate, in addition to shift differential, if applicable, times the number of hours the nurse was scheduled to work on the day of the funeral.

C.     Nurses who are regularly scheduled to work thirty (30) hours or more per week may use up to two (2) sick days to extend paid bereavement leave for up to a maximum of five (5) days off with pay within the seven (7) day period.  Part-time nurses who are regularly scheduled to work less than thirty (30) hours per week may use one (1) sick day to receive a total of two (2) days off with pay during such period.

D.     Exceptions to this bereavement policy may be granted by the Vice President of Human Resources, in his/her sole discretion.

**11.2 Jury Duty**
The Hospital will pay a nurse who is called to Federal or State jury duty in accordance with applicable law.  In addition, for days on which the obligation to pay falls upon the Federal Government or the Commonwealth, the Hospital will pay the difference between (a) the amount resulting from multiplying the nurse's regular straight-time hourly rate, in addition to shift differential, if applicable, by the number of hours which the nurse was scheduled to work on the jury duty day and (b) the fees for such day received by the nurse for services as a juror.  To be eligible for pay under this Article, a nurse must furnish documentary evidence from the court which sets forth the amount of such fees received by the nurse as a juror.

**11.3 Tuition Reimbursement**
For the term of this contract period only and subject to the applicable maximum amount of reimbursement set forth below, the Hospital will reimburse a nurse who is scheduled to work at least thirty (30) hours per week and who, at the time of application for reimbursement, has completed the nurse's probationary period, for one hundred percent (100%) of tuition and laboratory fee costs which the Hospital has previously approved and which are toward a degree in nursing or a degree in a health-related field, as determined by the Chairperson of Nursing or her designee, provided the nurse successfully completes the requirements of said courses in

accordance with the standards of the educational institution and furnishes the Hospital evidence of such successful completion.  The maximum amounts of reimbursement are as follows:

| Years of Service Completed at the Hospital | Amount of Reimbursement |
|---|---|
| At least one (1) but less than three (3) years | $2250/year |
| At least three (3) but less than four (4) years | $3,000/year |
| Four (4) years and over | $3,700/year |

A.     Subject to maximum limitations set for the above  per year, the Hospital will reimburse a nurse who is scheduled to work at least twenty-four hours per week and who, at the time of application for reimbursement, has completed her probationary period, for one hundred percent (100%) of tuition costs for which the Hospital has previously approved and which are job related as determined by the Chairperson of Nursing, provided the nurse successfully completes the requirements of said courses in accordance with the standards of the educational institution and furnishes the Hospital evidence of such successful completion.

B.     Subject to maximum limitations set for the above and a total for the entire program of$10,000.00, the Hospital will reimburse a registered nurse who wishes to return to college to pursue a baccalaureate or master's degree in nursing for 100% of tuition and laboratory fee costs, subject to the Hospital's availability of funds,  and provided (1) the nurse successfully completes the requirements of each course in accordance with the standards of the educational institution, and (2) the nurse furnishes the Hospital with the paid tuition bill.  To be eligible to participate in this program, a nurse must contract with the Hospital to work at least two (2) shifts per week while pursuing her degree.

C.     Tuition as used in this Section 11.3 shall include fees levied by state (Massachusetts) colleges and universities which the Hospital determines are surrogates for tuition.

## 11.4 Travel and Living Expenses

Nurses who are required by the Hospital to use their personal automobiles in connection with Hospital business will be reimbursed for mileage at the IRS rate. Toll charges and the reasonable cost of food and lodging which are authorized in connection with Hospital business shall also be reimbursed upon the approval of the Chairperson of Nursing.

## 11.5 Professional Activities

Upon the nurse's request and subject to operational needs, the hospital will provide regularly scheduled full and part time nurses with a minimum of  two (2) eight (8) hour days off with pay per calendar year to attend professional and clinically relevant meetings or conferences of the nurse's choosing.  Clinically relevant means relevant to each nurse's current clinical practice on his/her unit.  This time off shall not be unreasonably withheld, nor shall it include time spent on mandatory education.  Nothing contained herein shall limit the number of days the department can, in its sole discretion, grant for professional education.

## 11.6 Taxi Voucher

A nurse whose scheduled shift ends prior to midnight but who is required by the Hospital to work at least one-half hour beyond the end of such shift and who, as a result, leaves the hospital between midnight and 6:00 a.m., upon request, will be provided a taxi voucher not to exceed thirty-five dollars ($35.00).

## 11.7 Insurance Reimbursement

A nurse who elects to obtain coverage under the American Nurses' Association Disability Income Plan, described in a brochure initialed by representatives of the parties as part of the 1974-75 Agreement between the parties, will be reimbursed for that part of the premium which equals fifty percent (50%) of the premium for Plan II (payment begins on 31st day) which provides a monthly benefit of $600. Reimbursement shall be subject to the Hospital's receipt of a cancelled check or other satisfactory evidence of payment.  This provision will apply only to nurses who were reimbursed under the ANA or MNA sponsored plan during the period December 1, 2002 through November 30, 2003.

## 11.8 Sick Leave.  Vacation and Holiday Accruals

Accrued sick leave credits, vacation accrual, personal choice holidays and personal choice days shall be noted on nurses' paycheck stubs.

## 11.9 Parking

A.      A Nurse whose scheduled night shift commences at 7:00 p.m. or later may park at the Herald Street garage for free, or, during the term of this Agreement at the Tremont Street location garage for not more than $9.00/night, provided that in no event shall a Nurse pay more than the rate generally charged to other Hospital employees.

B.     A nurse who is called in from on-call, after having worked during that same day (7:00 a.m. – 7:00 a.m.), may park at either the Tremont Street garage or the Herald Street garage for free.

C.     The Department of Nursing will provide the parking office with a current list of 11:00 p.m. to 7:30 a.m. on-call nurses.  When the on-call nurse arrives to work at 2:00 p.m., the nurses may park in the Tremont Street Garage and proceed to the parking office on the way to work.  The parking clerk will verify the name on the list and validate the ticket.

## 11.10   Flexible Spending Accounts
Reimbursement (pretax) accounts will be made available to nurses on the same basis as to other Hospital employees, as long as available to them and subject to any changes which apply to them.

## ARTICLE XII, LEAVES OF ABSENCE

## 12.1    Mandatory Leaves
Subject to the conditions hereinafter specified, a full-time or part-time nurse shall be entitled to the following leaves of absence without pay:

A.     Personal Illness, up to either one hundred eighty (180) days or the length of a nurse's credited service, whichever is less.  An extension of up to ninety (90) days may be granted by the Hospital, at its discretion.  Upon documentation of medical necessity, nurses may take up to twelve (12) work weeks of such leave on an intermittent or reduced schedule basis.  A nurse will be entitled to twelve (12) work weeks of intermittent or reduced schedule leave during any twelve (12) month period.  The twelve (12) month period begins the date the nurse first takes intermittent or reduced schedule leave under this section.  Intermittent leave is defined as non-consecutive leave; reduced schedule leave allows a nurse to reduce the usual number of hours worked per week or per day.  Nurses utilizing intermittent or reduced schedule leave may be transferred temporarily to an alternative equivalent position which better accommodates recurring periods of leave.

B.     Industrial Accident, until approved by an attending physician for return to work.

C.     Military Service, if and to the extent that reinstatement rights are required by law.

D.     Maternity Leave.  A leave of absence, without pay, may be granted commencing with the beginning of the eighth month of pregnancy, or earlier if medically necessary, and continuing up to one hundred twenty (120) days following her date of delivery.  The actual period of the leave of absence, within the limits stated herein, shall be as requested by the nurse.  In those cases where the pregnancy terminates in miscarriage, the nurse will be expected to return to duty when released by her physician.

E.     Serious Health Condition or Death in Immediate Family.  A nurse will be granted a leave of absence of up to ninety (90) days, in the event of a serious health condition or death in the immediate family.  Upon documentation of medical necessity, nurses may take up to twelve (12) work weeks' of such leave on an intermittent or reduced schedule basis.  A nurse will be entitled to twelve (12) work weeks of intermittent or reduced schedule leave during any twelve (12) month period.  The twelve (12) month period begins the date the nurse first takes intermittent or reduced schedule leave under this section.  Intermittent leave is defined as non-consecutive leave; reduced schedule leave allows a nurse to reduce the usual number of hours worked per week or per day.  Nurses utilizing intermittent or reduced schedule leave may be transferred temporarily to an alternative equivalent position which better accommodates recurring periods of leave.

F.     Adoption or foster care, up to ninety (90) days.  Adoption leave may be extended for not more than thirty (30) days when staffing permits, as approved by the Vice President (Chairperson) of Nursing, which approval shall not be unreasonably denied.

G.     Paternity, up to ninety (90) days.

H.     Paid time, including sick leave, may be used during adoption or foster care leave, maternity or paternity leave, and leave for personal illness or a serious health condition of an immediate family member.

## 12.2 Reemployment Rights

Upon returning from an approved leave of absence for personal illness, industrial accident, paternity, serious health condition or death in the immediate family, adoption or foster care, a nurse shall be returned to the nurse's former position and department if the leave did not exceed (90) days, or twelve (12) work weeks if the leave was taken on an intermittent or reduced schedule basis pursuant to Sections 12.1 A or 12.1E.  Upon returning from an approved leave of absence for maternity, a nurse shall be returned to her former position and department if the leave did not exceed one hundred and twenty (120) days.  If the leave exceeded ninety (90)

days, or twelve (12) work weeks if the leave was taken on an intermittent or reduced schedule basis pursuant to Sections 12.1A or 12.1E, in cases of leaves for personal illness, industrial accident, paternity, serious health condition or death in the immediate family, adoption or foster care, or one hundred and twenty (120) days in cases of leaves for maternity, the nurse will be reemployed in a substantially equivalent position and, if the nurse so requests in writing, will be given an opportunity to return to the nurse's former position and department when an opening occurs.  In cases of leaves of absence for military service, reemployment rights shall be as prescribed by law.

## 12.3 Continuation of Benefits

| | **Paid Holiday** | **Sick Leave** | **Vacation** | **Medical Insurance** | **Life Insurance** | **Credited Services** |
|---|---|---|---|---|---|---|
| Personal Illness[2] | 7 days | 0 | 90 days | 90 days | Full Term of Leave | Up to 270 Days |
| Maternity | 7 days | 0 | 90 days | 90 days | Full Term of Leave | Up to 270 Days |
| Industrial Accident | 7 days | 0 | Up to 180 Days | Up to 180 Days | Full Term of Leave | Up to 270 Days |
| Military | 7 days | 0 | 0 | 14 Days | 14 Days | To Extent of Leave |
| Serious Health Condition[2] Death in Family | 7 days | 0 | Up to 180 Days | Up to 90 Days | Up to 90 Days | Up to 90 Days |
| Adoption Foster Care | 7 days | 0 | Up to 90 Days | Up to 90 Days | Up to 90 Days | Up to 90 Days |
| Paternity | 7 days | 0 | Up to 90 Days | Up to 90 Days | Up to 90 Days | Up to 90 Days |
| Optional | 0 | 0 | Up to 30 Days | 14 Days | 14 Days | Up to 30 Days |

## 12.4 Notices and Information

To qualify for a leave of absence, a nurse shall file a written request for such leave with the Hospital as far in advance of the anticipated leave as is possible and shall furnish such evidence of the necessity for the leave as the Hospital may reasonably request.  During any such leave a nurse shall also furnish to the Hospital upon request reasonable information regarding the nurse's return from the leave of absence.  The nurse shall give the Hospital at least (i) one (1) week's prior written

---

[2] When these leaves are taken on an intermittent or reduced schedule basis, medical insurance, life insurance and credited services will be continued for up to the amount of leave time allowed pursuant to Sections 12.1A and 12.IE.

notice of the nurse's readiness to return from any absence which exceeds thirty (30) days but not ninety (90) days and (ii) at least two (2) weeks' prior written notice in the case of any absence in excess of ninety (90) days.

## 12.5 Optional Leaves

The Hospital may grant or deny a nurse a leave of absence for educational purposes, extended vacation, marriage or any other reason for such period and under such conditions regarding reinstatement and other matters as the Hospital may determine.  Leaves applied for in writing shall be answered in writing.

## ARTICLE XIII, EMPLOYMENT STATUS

## 13.1 Seniority

Seniority means length of credited service with the Hospital and shall be comprised of periods of work and absences for which credited service is granted under Section 13.2 for Hospital employees employed as of October 1, 2006.  Hospital employees will retain their seniority accrued before October 1, 2006.  Effective October 1, 2006, seniority will accrue only for employees who are in bargaining unit positions.  While in such positions, seniority will accrue for periods of work and absences for which credited service is granted under Section 13.2.   Registered nurses who voluntarily agree to perform in a nursing management role for up to two periods not to exceed twelve (12) consecutive months each shall retain their seniority.  One occurrence of working in a nursing management role, regardless of duration, shall count as a period.  For clarification purposes only, any RN who leaves the bargaining unit (with the exception of nurses performing a nurse management role as described above) will lose all seniority, including seniority accrued before October 1, 2006, immediately upon being moved into a nonunion position.  Ties in seniority will be resolved first by hire date at the Hospital in any position; second by total years and months as a nurse; and third by date and time the application was received in the Nurse Recruitment Office.

## 13.2 Absences for Which Credited Service is Granted

A nurse will continue to accumulate credited service:

A.      Up to the length of any absence due to vacation, holiday or other paid absence.

B.      If the nurse has completed the probationary period:
   1.     Either up to the period of time equaling the nurse's length of credited service or for two hundred and seventy (270) days, whichever is less, for

absences for which the Hospital has granted a leave of absence for reasons of personal illness, maternity, or industrial accident.

2.   Up to ninety (90) days for absences due to critical illness or death in the immediate family for which the Hospital has granted a leave of absence.

3.   Up to thirty (30) days for any other absence which has been excused or for which the Hospital has granted any other leave of absence.

C.   For absences of up to two (2) weeks for which the Hospital has granted a leave of absence for any reason for nurses who have not completed their probationary period.

D.   Effective January 1, 2000, per diem nurses shall not accrue credited service (seniority) during time spent in per diem positions.  Per diem nurses' seniority shall be frozen as of January 1, 2000.  A nurse who transfers from regular status to per diem status and later transfers back to regular status will have her/his seniority date adjusted to discount the time in per diem status.

## 13.3 Probationary Period
Each newly employed nurse shall be deemed a probationary employee until the nurse has acquired ninety (90) days of credited service; and the nurse shall not acquire seniority until completion of the probationary period.  The nurse's seniority shall then include the first ninety (90) days for which the nurse received credited service.

## 13.4 Adjustment in Seniority Date
A nurse who returns to work from an approved leave of absence will have her/his employment record reviewed upon the nurse's return and the nurse's seniority will be adjusted to reflect any absences for which credited service was not granted under Section 13.2.  Any nurse whose seniority date is adjusted will be so advised in writing.

## 13.5 Loss of Seniority and Employment Rights
Seniority and all employment rights will be lost by:

A.   Resignation.

B.   Discharge for just cause.

C.   Failure to report for work at the expiration of an approved leave of absence, unless such failure is for just cause.

D.   Employment elsewhere during an unauthorized absence from work or during an approved leave of absence (except maternity leave).

E.   Failure to do any work for the Hospital during a period of one (1) calendar year (not including periods covered by an approved leave of absence).

If reemployed following the loss of seniority, a nurse shall be deemed a new employee for all purposes under this Agreement.

## 13.6 Vacancies

In filling a vacancy in any bargaining unit position above that of Staff Nurse, the vacancy shall be posted on appropriate bulletin boards for seven (7) days.  Any nurse interested in applying for the vacancy shall make application to the Nurse Manager.  The vacancy shall be filled on the basis of qualifications (including such factors as experience, education, employment record and ability) and when two (2) or more nurses are found to be relatively equally qualified, seniority will be the determining factor.

In filling a vacancy in a full-time, part-time or temporary Staff Nurse position in any unit, the vacancy shall be posted on appropriate bulletin boards for seven (7) days.  The purpose of this provision is to provide information to Staff Nurses about vacancies in these specific units.

When new hours and or positions are being added to a unit, nurses on that unit can request to increase or decrease their hours.  The nurse manager will assess the request and when consistent with operating needs, will accommodate the nurse.  The criteria used to assess will be applied fairly and equitably.  If approved, the nurse may remain in a non-cluster or non-flex position when increasing or decreasing his/her hours within the same job code.

## 13.7 Reduction in Force

A.    In the event the Hospital decides to reduce forces, the Hospital will so notify the Association that a reduction in force will be implemented.  Upon the request of either party, the parties will take one (1) day to meet and confer prior to implementation of the reduction in force to address any reduction issues which have not been addressed in the procedure set forth in B below.  Any such issues which are not resolved through the meet and confer process may be submitted to arbitration (Article XIV), provided that this shall not be deemed to prevent the Hospital from reducing forces pending resolution of the dispute.

B.    The following procedures shall apply when the Hospital decides to reduce forces:
1.    The Hospital will lay off the least senior nurse(s) in a unit impacted by a reduction.
2.    Nurses who are impacted by the Reduction in Force, in order of their respective seniority,  may:

    (a)   select from a list of available vacancies within their job classification which the nurse is fully qualified to fill as defined in subparagraph B5(c) below;

    (b)   displace in the same or lower classification within any unit chosen by the nurse  the least senior nurse with the same shift with the same hours, or, if there is none, the least senior nurse with the same shift with up to 8 hours more or up to 8 hours less per week.

    (c)   displace in the same or lower classification within any unit chosen  by the nurse the least senior nurse irrespective of shift with the same hours, or, if there is none, the least senior nurse irrespective of shift, with up to 8 hours more or up to 8 hours less per week;

    (d)   be laid off, or shall be laid off if unable to displace.

3.   Nurses who have been displaced as a result of the process set forth in paragraph B2 above, in seniority order, shall follow the procedure set forth in said paragraph B2 above.

4.   A nurse who is displaced as a result of the process set forth in paragraph 3 above, in seniority order:

    (a)   may select from a list of available vacancies within their job classification which the nurse is qualified to fill as defined in subparagraph B5(c) below;

    (b)   if the nurse has three (3) years or more of seniority, (1) will displace in the same or lower classification the least senior nurse in the specialty with the same shift and with the same hours, or (2) if there is none, will displace in the same or lower classification the least senior nurse in the specialty with the same shift with up to 8 hours more or up to 8 hours less per week, or (3) if there is none, will displace in the same or lower classification the least senior nurse in the specialty with a different shift of the nurse's choosing with the same hours or (4), if there is none, will displace in the same or lower classification the least senior nurse in the specialty with a different shift of the nurse's choosing with up to 8 hours more or up to 8 hours less per week; or

    (c)   if the nurse does not have 3 years or more of seniority, may fill an available vacancy which the nurse is qualified to fill as defined in subparagraph B5(c) below;

    (d)   may be laid off, or shall be laid off if unable to displace or fill an available vacancy.

5.   In order to displace under this procedure, a nurse must:

    (a)   be more senior than the nurse to be displaced;

    (b)   have at least one (1) year of seniority as of the date the Hospital gives notice to the Association that a reduction in force will be implemented;

(c)  be qualified to perform the duties of the position, meaning that the nurse has the professional knowledge and technical skills to be able to perform the range of duties in a competent manner, with an orientation which would not exceed three (3) weeks.

6.  Nurses who are impacted by this reduction in force must exercise their options under paragraphs B2, B3 and B4 above within 48 hours of notification of their options.  A nurse who fails to notify the Hospital of her/his option within 48 hours will be deemed to have opted for layoff.

7.  Nurses who are to be laid off will be eligible for the benefits that are available to non-nurse Hospital employees under the "Rights and Benefits of Laid-Off Employees" section of the Hospital's Reduction in Workforce policy, as amended effective April 1, 1995, plus the pay-in-lieu-of-notice available under such policy.

8.  Nurses who are laid off from the Hospital will have recall rights to a vacancy to be filled in a position in their specialty from which the nurse was laid off, in order of their respective seniority, provided the nurse is qualified as defined in subparagraph B5(c) above, and provided further that, if the recall is to a vacancy in a unit other than the unit from which the nurse was laid off, recall shall be subject to patient care considerations as determined by the Hospital in its sole judgment.  Notwithstanding the foregoing, a nurse who was laid off or who was displaced will have a priority right to return to a vacancy to be filled in the same position (unit, schedule, hours) which the nurse held immediately prior to the nurse's layoff/displacement.  A nurse's right of recall shall be extinguished if the nurse accepts recall or if the nurse is offered and declines recall to a vacancy to be filled in the same position (unit, schedule and hours) which the nurse held immediately prior to the nurse's lay off.  Recall rights shall terminate at the conclusion of either a period which is equal to the nurse's seniority or three (3) years, whichever is less.  Nurses with recall rights from prior reductions shall retain their rights which shall be exercisable along with nurses who are laid off as a result of a subsequent reduction, in seniority order.

9.  If a nurse accepts recall from layoff, the Hospital will restore the nurse's accrued seniority and any accrued sick leave as of the nurse's date of layoff.

10.  Nurses who are laid off may convert to per diem status, at their option.  Any full-time or part-time nurse who is laid off with recall rights and who opts for per diem status will be given priority for per diem work.

11.  A nurse who takes a position in a lower classification, whether by displacing, filling a vacancy or by recall, shall be placed on the same step (e.g., step 6) in the lower classification as the nurse was on in the nurse's prior classification.

12.  A nurse employed under a grant or a reimbursable account whose position has been selected for reduction shall not be subject to the foregoing procedures. Any such nurse who is scheduled for layoff may displace the least senior nurse

in the same job classification under the grant or reimbursable account, provided the nurse is more senior than the nurse to be displaced, the nurse is competent to perform the work of the nurse to be displaced, and the nurse is willing to work the shift and work schedule of the nurse to be displaced.  If the nurse is not willing or able to displace, the nurse will be laid off.  A nurse who is not employed under a particular grant or reimbursable account may not displace another nurse under that grant or reimbursable account.  Nurses will not be assigned to reimbursable accounts in an unreasonable manner or for the purpose of evading the reduction in force process.

## 13.8 Discipline and Discharge

A nurse who has completed the probationary period and has acquired seniority under this Agreement shall not be suspended, discharged, demoted or otherwise disciplined except for just cause.

## 13.9 Conference Reports

Effective November 22, 1985, the Hospital will remove from a nurse's personnel file a negative conference report if after one year there has been no repetition of the subject of the conference report.  Negative conference reports which were placed in a nurse's personnel file prior to said effective date will be removed the next time the nurse's personnel file is reviewed for annual evaluation or other purposes, if the conference report has been in the nurse's personnel file for at least one (1) year and there has been no repetition of the subject of the conference report.

## 13.10  Resignation

A nurse who desires to terminate employment with the Hospital shall give the Hospital prior written notice of such termination of at least four (4) weeks.

## 13.11  Supervisory Duties

The Hospital agrees that it shall not assign or require bargaining unit nurses to perform any new duties of a supervisory nature.  Without prejudice to either party's position, such agreement shall not require changes to existing practices or job descriptions.  The Hospital agrees not to challenge the bargaining unit status of any registered nurse in the bargaining unit.  Should it be determined through the mutual agreement of the parties, or by the National Labor Relations Board that a nurse in an existing bargaining unit position is performing a duty or duties that are supervisory in nature, and that such performance renders the nurse a supervisor within the meaning of the National Labor Relations Act, such duty or duties shall be removed from the scope of such nurse's job description for so long as necessary to avoid exclusion of the nurse from the bargaining unit.  The Association agrees that it shall not assert such supervisory status in any proceeding.

## 13.12   Non Professional Duties

For clarification purposes only; When applicable, the hospital will strive to provide sufficient non professional employees to perform non professional duties.

## 13.13   Staffing

All inpatient travel RN staff will be hired into an appropriate float pool. When applicable to the schedule of the care area, these staff will be required to provide staffing coverage on weekends, holidays, and off shift rotation. On call for such nurses will be scheduled in accordance with departmental needs.

## ARTICLE XIV, STAFF NURSE ADVISORY COMMITTEE

A Staff Nurse Advisory Committee will be created consisting of up to six (6) members appointed by the Association and three (3) members of Nursing Leadership, one of whom will be the Chief Nursing Officer.  The committee shall meet bi-monthly but may convene monthly if needed.  One nurse appointed by the Association and one member appointed by the Hospital shall be designated to set the agenda.  Bargaining unit members will be released from work to attend the Staff Nurse Advisory Committee meetings that are held during their work time, unless prevented by staffing needs in the unit; in which case the meeting may, at the option of either party be rescheduled.  Any nurse shall be paid at their regular rate of pay for attendance at the Staff Nurse Advisory Committee meetings.

The purpose of the committee shall be to advise the Chief Nursing officer on nurse staffing issues and to work together to resolve staffing matters.

The Staff Nurse Advisory Committee shall not replace the functions of other committees at the Hospital and nurses acknowledge the importance of their participation in such committees.

## ARTICLE XV, GRIEVANCE AND ARBITRATION PROCEDURE

## 15.1 Nurses Committee

There shall be a Nurses Committee consisting of not more than six (6) nurses selected by the Association.  This Committee will meet at mutually satisfactory times with representatives of the Hospital to discuss grievances and other matters of mutual interest.

## 15.2 Informal Adjustments

The parties recognize that day-to-day problems affecting the nurses will normally be adjusted between the nurse and her immediate supervisor.  Such matters shall not be deemed grievances and their settlement shall not establish a precedent for the resolution of other or similar problems between a nurse and her immediate supervisor or elsewhere in the Hospital.

## 15.3 Grievance and Arbitration Procedure

If any nurse should complain of the interpretation, application or enforcement by the Hospital of any provision of this Agreement in any matter affecting the nurse's interest as an employee under this Agreement and this complaint cannot be adjusted as contemplated by Section 14.2, such complaint shall constitute a grievance subject to settlement in the following manner:

Step One
The aggrieved nurse or nurses shall present the grievance in writing to the Chairperson of Nursing or her designee.  The Chairperson of Nursing will discuss the matter with the aggrieved nurse or nurses and will give her answer in writing within ten (10) calendar days after this discussion.  A member of the Nurses Committee may be present at the discussion.

Step Two
If the aggrieved nurse or nurses are not satisfied with the answer of the Chairperson of Nursing, they may, within ten (10) calendar days after its receipt, request in writing that the grievance be referred to the Vice President of Human Resources or his designee.  The Vice President of Human Resources or his designee will discuss the matter with the aggrieved nurse or nurses and will give an answer in writing within twenty (20) calendar days after the grievance has been referred to him.  A representative of the Association and/or a member of the Nurses Committee shall be present at the discussion of the grievance at this step.

Step Three
If the Association is not satisfied with the answer to the grievance by the Vice President of Human Resources/designee in Step Two (or the Vice President of Human Resources/designee fails to give an answer within the twenty (20) day time limit provided therein), the Association may refer the grievance to arbitration by filing its written demand for arbitration with the Hospital within thirty (30) calendar days after the Association's receipt of the Vice President of Human Resources'/designee's written answer to such grievance (or after expiration of the twenty (20) day time limit for such answer if the Vice President of Human Resources/designee fails to give an answer within such time limit).  If possible, the

arbitrator will be selected by mutual agreement.  If the Hospital and the Association do not select the arbitrator by mutual agreement, the arbitrator will be selected by the American Arbitration Association in accordance with its usual procedure, provided the written request for selection of the arbitrator is filed with the American Arbitration Association within thirty (30) calendar days after the demand for arbitration has been filed with the Hospital as contemplated by the above provisions.

Except as provided in Section 15.4, no grievance shall be considered in the foregoing procedure unless it has been presented at Step One in writing, signed by the aggrieved nurse or nurses, within thirty (30) calendar days after any of the aggrieved nurse or nurses knew or had reason to know of the factual basis for the grievance, except a grievance challenging disciplinary action taken by the Hospital which grievance must be presented within nine (9) calendar days after any of the aggrieved nurse or nurses knew or had reason to know of the factual basis for the grievance.

## 15.4 Grievances Processed by the Association
Any grievance (excluding only a grievance challenging disciplinary action taken by the Hospital) may be processed by the Association under the grievance and arbitration procedures provided for in Section 15.3 by filing a written statement of said grievance within thirty (30) calendar days after the Association knew or had reason to know of the factual basis for the grievance.

## 15.5 Arbitrator's Authority
The function of the arbitrator is to determine the interpretation and application of specific provisions of this Agreement.  There shall be no right in arbitration of a grievance to obtain, and no arbitrator shall have any authority or power to award or determine, any change in, modification or alteration of, addition to, or detraction from any of the provisions of this Agreement.

## 15.6 Effect of the Arbitrator's Decision
The decision of the arbitrator, if in accordance with the requirements of this Article, shall be final and binding upon the Hospital, the Association and the aggrieved nurse or nurses.

## 15.7 Expenses
The administration fees of the American Arbitration Association and the fees and expenses of the arbitrator shall be shared equally by the Association and the Hospital.

## 15.8   Rules

Any arbitration hereunder shall be conducted in accordance with the rules then obtaining of the American Arbitration Association applicable to voluntary labor arbitrations, except to the extent that such rules may be in conflict with the provisions of this Agreement.  In the event of any such conflict, the provisions of this Agreement shall govern.

## 15.9   Time Limits Mandatory

The time limits provided for herein are mandatory.  Any waiver or extension thereof shall not be binding unless such waiver or extension is in writing, signed by an authorized representative of the party who is granting such waiver or extension and is to be bound thereby.  Any grievance not referred to the next step of the grievance and arbitration procedure within the time limits provided for herein shall be considered settled on the basis of the last answer given.  If an answer is not given within said time limits, the grievance may be referred to the next step,

## 15.10 Exclusive Procedure

Since the Agreement provides for an equitable method for resolving all grievances, the parties agree not to utilize any other procedure that might be available under state or federal laws to institute statutory arbitration proceedings or to file suit in any courts, except only the right of either party to file suit in the appropriate court for any alleged violation of Article XVII, to secure specific performance of the Agreement to arbitrate set forth in this Article XV, or to seek judicial confirmation, vacation or modification or correction of any arbitration award under the applicable provisions of the Massachusetts law.

## ARTICLE XVI, MANAGEMENT RIGHTS

**16.1**   The Association recognizes the right of the Hospital to operate and manage the Hospital.  Without limiting the generality of the foregoing, the Hospital reserves to itself, subject only to the express provisions of this Agreement, the management of the Hospital, the right to require reasonable standards of performance and the maintenance of discipline, order and efficiency; the determination of medical and nursing care standards, operational and other policies; the determination of methods and procedures; the determination of the quantity and type of equipment to be used; the determination of the number and location of facilities and whether the whole or any part of its operations shall continue to operate; the direction of the nurses and the reasonable assignment of work; the right to hire, transfer temporarily, discharge, suspend, demote, or otherwise discipline nurses for just cause; the right to lay off nurses for lack of work or for other reasons and to recall

nurses; the right to require reasonable overtime work; and the right to promulgate and enforce all reasonable rules relating to operations, safety and other matters. In the exercise of the foregoing rights of management, the Hospital agrees that it will not violate the specific provisions of this Agreement.

## ARTICLE XVII, CONTINUITY OF OPERATIONS

### 17.1 No Lockouts
The Hospital will not institute, declare or cause, or attempt to institute, declare or cause, any lockout of any of the nurses.

### 17.2 No Strikes
It shall be a violation of this Agreement for any nurse or for the Association or any of its representatives or agents to engage in, induce or encourage any strike or other concerted work stoppage, slowdown or withholding of customary goods or services by the nurses or other persons at the Hospital. The Association shall not be liable for any violation of this section which it has not authorized, induced or encouraged, if, upon request by the Hospital, it exerts every reasonable effort to secure compliance with the requirements hereof.

### 17.3 Remedies
In addition to other remedies available to it, the Hospital may impose such discipline, including discharge, as it deems appropriate upon any nurse whom it finds guilty of violating Section 17.2. Any such discipline shall be subject to the grievance and arbitration procedures of this Agreement.

## ARTICLE XVIII, SUCCESSORS

**18.1** This Agreement shall remain in effect and shall be binding upon all successors and assigns of the Hospital. The Hospital shall include this requirement as a condition of sale or transfer of ownership or operation. Provided, however, that nothing herein shall operate to impose this Agreement on any employees not includable in the bargaining unit described in Article II hereof as a matter of law, or to prevent the discontinuance, or the reduction or transfer of operations to another entity or location.

## ARTICLE XIX, PER DIEM NURSES

### 19.1 Utilization of Per Diem Nurses
The Hospital retains the right to utilize Per Diem nurses for the following purposes:

A.     To fill in for nurses who are absent due to taking paid or unpaid time off

B.     To replace nurses who are on a leave of absence, including an industrial accident leave

C.     To temporarily fill vacant hours; or

D.     To meet unexpected increases in patient volume or acuity, which may not continue.

Per Diem nurses will not be utilized in order to avoid retaining or recalling from layoff a full-time or regular part-time nurse.

### 19.2 Per Diem Scheduling
A.     Per Diem nurses will be required for monthly scheduling purposes to submit their days of availability on the same monthly deadline as regularly scheduled nurses, provided this shall not limit or restrict in any way the Hospital's right to have Per Diem nurses work during the monthly schedule on short notice.

B.     The shifts which a Per Diem nurse must be available to work shall be selected by the Per Diem nurse from the open shifts in the monthly schedule, after regularly scheduled nurses have been put into the schedule.

C.     Per Diem nurses may be required to work two (2) holidays per year, one (1) summer holiday from among Memorial Day, Independence Day and Labor Day; and one (I) winter holiday from among Thanksgiving Day, Christmas Day and New Year's Day; as these holidays are defined in this Agreement.

D.     Per Diem nurses need to provide availability to work at least one eight (8) hour shift during the Massachusetts school vacation weeks in February or April of each year.

E.     Failure of a Per Diem nurse to meet the requirements set forth above may be the basis for disciplinary action.

## 19.3 Per Diem Cancellation

A Per Diem nurse may be canceled with no less than two (2) hour's notice before the start of a nurse's evening or night shift or with no less than one and one-half (1 1/2) hour's notice before the start of a nurse's scheduled day shift.  If the Hospital attempts to cancel a Per Diem nurse's scheduled shift with less than the above-specified notice, the Per Diem nurse will have the option to work the scheduled shift.

## 19.4 Per Diem Work Assignments

A.     Per Diem Routine (PD-R) Work Assignments

1.     The normal work requirements for Per Diem-routine nurses require that they will be available to work a minimum of three (3) shifts within a four (4) week time schedule.  In units that operate primarily on a 24 hour, 7 day per week basis, these shifts shall include one (1) weekend shift and one (1) evening or night shift.  For units that operate primarily on an other than 24 hour, 7 day per week basis (for example, Ambulatory Clinics, Day Surgery), the three (3) shifts shall be during the unit's hours of operation and will include one (1) weekend and/or one (1) evening or night shift, if such shift(s) are part of the unit's regularly scheduled shifts and if any such shifts are open.

2.     A Per Diem nurse may request alternative requirements.  In units that operate primarily on a 24 hour, 7 day per week basis, the nurse will be available to work a minimum of two (2) shifts within a four (4) week time schedule, including one (1) weekend shift and one (1) evening or night shift.  In units that operate primarily on an other than 24 hour, 7 day per week basis, the alternative requirements shall include two (2) shifts during the unit's hours of operation within a four (4) week time schedule and will include one (1) weekend and/or one (1) evening or night shift, if such shift(s) are part of the unit's regularly scheduled shifts and if any such shifts are open.  A nurse who works under alternative requirements must also agree to work two (2) weeks on a full-time basis, in one (1) week blocks during the period July 1 through Labor Day and/or Thanksgiving Day through New Year's Day, the specific dates of which shall be mutually agreed to by the nurse and Nurse Manager. These alternative requirements shall be subject to approval of the Nurse Manager and shall be in effect for the calendar year and may be terminated by either the nurse or the Nurse Manager by notice prior to January 1 of the next calendar year.

3.     Per Diem Routine nurses shall receive differentials as outlined as pertains to Per Diem staff in Article IV.

B      Per Diem Premium (PD-P) Work Assignments

1.      Per Diem nurses who volunteer for the Per Diem Premium assignments shall be required to sign a six (6) month agreement.  The normal work requirements for Per Diem nurses of the premium program require that they will be available to work a minimum of ninety-six (96) hours per four (4) week timesheet, with half of all scheduled shifts to be twelve (12)-hour night, eight (8)-hour night, or eight (8)-hour evening shifts, as set by the Nurse Manager at the time of contract initiation or renewal.  Nurses working within the Per Diem incentive basis must agree to work four (4) or more twelve (12) hour weekend shifts per four (4) week timesheet.

2.      Per Diem premium nurses shall receive the following premium pay differentials: (In lieu of those indicated in Article IV)

| Category | Differential |
|---|---|
| Evening | $5.00 |
| Nights | $7.00 |
| Weekends | $4.00 |

# ARTICLE XX, FLEX AGREEMENT

## 20.1 Introduction
Other provisions of this Agreement will apply to the Flex RN positions, except as modified by this Article.

## 20.2 Number of Positions
Flex RN positions throughout the Hospital will not exceed 12% of the registered nurse FTEs employed by the Hospital.

## 20.3 Filling Positions
The Hospital may seek volunteers from among its registered nurse staff who would be willing to have their positions converted to Flex RN positions.
If a vacancy is created by other than layoff, the Hospital may convert the position to a Flex RN position.

The first opportunity to fill a Flex RN vacancy will be offered to nurses on layoff with recall rights and then, if necessary, posted as a vacancy, before the Hospital considers external applicants to fill the vacancy.

The Hospital will not layoff nurses in a unit to create Flex RN vacancies.

In case of a reduction in force, the Hospital will take into account any unit vacancies in Flex RN positions before determining the number of positions in the unit which will be reduced.

## 20.4 Hours

Flex RN positions will have an FTE between 30 and 40 hours per week, but may be flexed down to a minimum of 24 hours in a week.  Shifts may be 8 and 12 hours, as agreed between the nurse and the Clinical Nurse Director.

## 20.5 Schedules and Cancellations

A.      Flex RNs will be included in the four (4) week schedule in accordance with Section 6.3 of the parties' Agreement.    In the event the Hospital cancels the first four hours of a 12-hour Flex shift, it will provide one and one half (1.5) hours advance notice if the shift was scheduled to begin at 7am and, two (2) hours advance notice if it was scheduled to begin at a time other than 7am.  The Hospital will not cancel shifts in less than four (4) hour blocks.  The Hospital may cancel part of a 12 hour shift , but not below a Flex RN's minimum number of hours per week. The Hospital can cancel a four-hour part of a 12-hour Flex shift.  It may cancel either the first four hours or the last four hours of said shift.  Per Diem nurses will be canceled before nurses in Flex RN positions.  Notwithstanding anything set forth in this paragraph, a Flex RN will work not less than 24 hours in any week.

B.      Flex Nurse Buy Back:
After a Flex RN has completed one year within a Flex position, if sixteen (16) or more scheduled hours are cancelled during a bi-weekly pay period, the Flex nurse may have the option of requesting payment from their available vacation bank, holiday bank, and personal bank, up to four (4) hours in that same pay period. Such requests for payment will be made directly to the Nurse Manager prior to the end of that pay period.

C.      Flex Nurse B
Effective the first pay period following ratification, a Flex RN who is in a Flex position for three (3) years or more will have the option to transfer into a Flex B position. In a Flex B position, the nurse will be canceled for no more than sixteen (16) hours per biweekly pay period

D.      Flex Conversion
Prior to a new nurse being hired into a non Flex position within a unit, a Flex RN within that said unit will have the option to convert to a non Flex position within that said unit.  After a nurse has held a flex position for a maximum of five (5) years, s/he shall have the option of converting to a permanent position at the FTE s/he is

currently being benefitted for.  The FTE an RN holds shall be confirmed by both parties via written correspondence (e.g. e-mail confirmation).

E.      A non Flex RN on any unit may volunteer to serve as a Flex RN for a six-month period.  If he or she does so, the most senior Flex RN on that unit will have the option to serve as a non Flex RN for that six-month period, provided that the Flex and non Flex RN's FTE's are comparable.  If the Flex RN declines the option, the next most senior RN with a comparable FTE will have the option to serve as a non Flex RN for the same six-month period.  If the employment status of either RN changes (e.g., leave of absence, change in hours, resignation, termination, etc.) during that six month period, the Hospital shall have the option to revert the Flex and non Flex RNs to their original roles/job codes.

## 20.6 Time Off Benefits
Sick leave and vacation will be accrued based on actual hours paid (up to 40 hours in a week).  Such time off benefits will be credited based on 24 hours per week and adjusted on a quarterly basis or sooner if necessary to reflect actual hours paid.  A Flex RN may use her/his accrued vacation based on their maximum hours per week commitment (32, 36 or 40), and may use his/her accrued sick time based on the number of hours scheduled for that particular day and/or week.  The holiday benefit for a particular Flex RN will be determined based on the nurse's maximum hours per week commitment.

## 20.7 Additional Benefits
Flex RNs will be entitled to the following benefits that are available to full-time nurses:
(a)  Health and Dental Insurance
(b)  Life Insurance - (eligibility based on Flex RN's maximum hours per week commitment)
(c)  Long Term Disability Insurance
(d)  Tuition Assistance
(e)  Degree Differential
(f)  Bereavement

## 20.8 Discontinuance of Flex RN Program
If the Hospital decides to discontinue the Flex RN program, then a nurse in the program will be treated for reduction in force purposes as holding a 32 hour position.

## 20.9 No Precedent

Nothing set forth in this Article should set a precedent or be cited with respect to any future situation.

# ARTICLE XXI, HEALTH AND SAFETY

## 21.1 Committee

The Hospital shall appoint two (2) members of the bargaining unit, one (1) from Adult and one (1) from Pediatrics/Perinatal, as designated by the Association, to the Hospital's Safety Committee, and shall provide such members paid release time to attend meetings of the Committee.  These members will enjoy the same rights within the Committee as all other members of the Committee.

## 21.2 Health and Safety

The Hospital will make reasonable efforts to provide a work environment that meets the health and safety standards set forth in federal, state and local laws and regulations and will take reasonable measures to remediate any condition which is determined not to meet such standards.

# ARTICLE XXII, MISCELLANEOUS

## 22.1 Completeness of Agreement

This Agreement contains the complete agreement of the parties and no additions, waivers, deletions, changes or amendments shall be effective during the life of this Agreement, unless evidenced in writing, dated and signed by the parties hereto.  An oral waiver or a failure to enforce any provisions in a specific case shall not constitute a precedent or preclude either party from relying upon or enforcing such provision in any other case.

## 22.2 Severability

The provisions of this Agreement shall be severable and the illegality or invalidity of any such provision shall not affect the validity of any other provisions.

# ARTICLE XXIII, DURATION

## 23.1 Duration

Except as expressly provided in this Agreement, this Agreement shall become effective on January 3, 2018 and shall remain in full force and effect through

September 30, 2021 and from year to year thereafter, unless written notice of a desire to modify or terminate this Agreement is given by either party to the other at least  six months prior to any such renewal date.

IN WITNESS WHEREOF the parties hereto caused this Agreement to be executed by their duly authorized representatives as of the day and year first above written.

For the MNA                                                    For Tufts Medical Center


_____                    _____
Julie Pinkham, RN
MNA Executive Director


_____                    _____
Deb Sullivan
MNA Associate Director

_____                    _____
Mary Cornacchia, RN, MNA Chair

_____
Sandy Keenan, RN, MNA Co-Chair

**TUFTS MEDICAL CENTER HOSPITALS, INC.**
**Salary Scale Effective January 14, 2018 (ATB1.5%, S18 creation 1% above S17)**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18)1% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Staff RN** | $29.33 | $30.78 | $32.36 | $33.94 | $35.68 | $37.42 | $39.24 | $41.20 | $43.29 | $45.44 | $47.70 | $50.09 | $52.59 | $55.24 | $57.98 | $60.90 | $ 63.97 | $ 64.61 |
| BSN | $29.46 | $30.91 | $32.49 | $34.07 | $35.81 | $37.55 | $39.37 | $41.33 | $43.42 | $45.57 | $47.83 | $50.22 | $52.72 | $55.37 | $58.11 | $61.03 | $ 64.10 | $ 64.74 |
| MSN | $29.59 | $31.04 | $32.62 | $34.20 | $35.94 | $37.68 | $39.50 | $41.46 | $43.55 | $45.70 | $47.96 | $50.35 | $52.85 | $55.50 | $58.24 | $61.16 | $ 64.23 | $ 64.87 |
| **OR Service RN** | $31.38 | $32.94 | $34.62 | $36.33 | $38.16 | $40.04 | $41.99 | $44.08 | $46.32 | $48.62 | $51.05 | $53.61 | $56.28 | $59.08 | $62.06 | $65.16 | $ 68.46 | $ 69.15 |
| BSN | $31.51 | $33.07 | $34.75 | $36.46 | $38.29 | $40.17 | $42.12 | $44.21 | $46.45 | $48.75 | $51.18 | $53.74 | $56.41 | $59.21 | $62.19 | $65.29 | $ 68.59 | $ 69.28 |
| MSN | $31.64 | $33.20 | $34.88 | $36.59 | $38.42 | $40.30 | $42.25 | $44.34 | $46.58 | $48.88 | $51.31 | $53.87 | $56.54 | $59.34 | $62.32 | $65.42 | $ 68.72 | $ 69.41 |
| **Clinical Leader/ Clinical Instructor** | $32.27 | $33.83 | $35.60 | $37.32 | $39.24 | $41.13 | $43.17 | $45.33 | $47.60 | $49.97 | $52.47 | $55.09 | $57.84 | $60.72 | $63.80 | $66.98 | $ 70.38 | $ 71.08 |
| BSN | $32.40 | $33.96 | $35.73 | $37.45 | $39.37 | $41.26 | $43.30 | $45.46 | $47.73 | $50.10 | $52.60 | $55.22 | $57.97 | $60.85 | $63.93 | $67.11 | $ 70.51 | $ 71.21 |
| MSN | $32.53 | $34.09 | $35.86 | $37.58 | $39.50 | $41.39 | $43.43 | $45.59 | $47.86 | $50.23 | $52.73 | $55.35 | $58.10 | $60.98 | $64.06 | $67.24 | $ 70.64 | $ 71.34 |
| **NP/CNS\*\*** | $33.94 | $35.68 | $37.40 | $39.24 | $41.22 | $43.32 | $45.47 | $47.73 | $50.11 | $52.63 | $55.30 | $58.07 | $60.94 | $63.98 | $67.17 | $70.53 | $ 74.11 | $ 74.85 |
| BSN | $34.07 | $35.81 | $37.53 | $39.37 | $41.35 | $43.45 | $45.60 | $47.86 | $50.24 | $52.76 | $55.43 | $58.20 | $61.07 | $64.11 | $67.30 | $70.66 | $ 74.24 | $ 74.98 |
| MSN | $34.20 | $35.94 | $37.66 | $39.50 | $41.48 | $43.58 | $45.73 | $47.99 | $50.37 | $52.89 | $55.56 | $58.33 | $61.20 | $64.24 | $67.43 | $70.79 | $ 74.37 | $ 75.11 |
| **NNPs** | $36.35 | $38.08 | $39.81 | $41.64 | $43.62 | $45.72 | $47.88 | $50.13 | $52.51 | $55.03 | $57.70 | $60.47 | $63.34 | $66.38 | $69.58 | $72.94 | $76.51 | $77.25 |

**TUFTS MEDICAL CENTER HOSPITALS, INC.**
**Salary Scale at One Yr Post-Ratification (ATB1.5%, S18 2% above S17)**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18)2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Staff RN** | ~~$29.77~~ | ~~$31.24~~ | $32.85 | $34.45 | $36.21 | $37.98 | $39.83 | $41.82 | $43.94 | $46.12 | $48.41 | $50.84 | $53.38 | $56.07 | $58.85 | $61.81 | $ 64.93 | $ 66.24 |
| BSN | ~~$29.90~~ | ~~$31.37~~ | $32.98 | $34.58 | $36.34 | $38.11 | $39.96 | $41.95 | $44.07 | $46.25 | $48.54 | $50.97 | $53.51 | $56.20 | $58.98 | $61.94 | $ 65.06 | $ 66.37 |
| MSN | ~~$30.03~~ | ~~$31.50~~ | $33.11 | $34.71 | $36.47 | $38.24 | $40.09 | $42.08 | $44.20 | $46.38 | $48.67 | $51.10 | $53.64 | $56.33 | $59.11 | $62.07 | $ 65.19 | $ 66.50 |
| **OR Service RN** | ~~$31.85~~ | ~~$33.44~~ | $35.14 | $36.67 | $38.73 | $40.64 | $42.62 | $44.74 | $47.01 | $49.35 | $51.82 | $54.41 | $57.12 | $59.97 | $62.99 | $65.14 | $ 69.49 | $ 70.89 |
| BSN | ~~$31.98~~ | ~~$33.57~~ | $35.27 | $37.00 | $38.86 | $40.77 | $42.75 | $44.87 | $47.14 | $49.48 | $51.95 | $54.54 | $57.25 | $60.10 | $63.12 | $66.27 | $ 69.62 | $ 71.02 |
| MSN | ~~$32.11~~ | ~~$33.70~~ | $35.40 | $37.13 | $38.99 | $40.90 | $42.88 | $45.00 | $47.27 | $49.61 | $52.08 | $54.67 | $57.38 | $60.23 | $63.25 | $66.40 | $ 69.75 | $ 71.15 |
| **Clinical Leader/ Clinical Instructor** | ~~$32.75~~ | ~~$34.34~~ | $36.14 | $37.88 | $39.83 | $41.75 | $43.82 | $46.01 | $48.32 | $50.72 | $53.26 | $55.91 | $58.71 | $61.63 | $64.75 | $67.99 | $ 71.44 | $ 72.87 |
| BSN | ~~$32.88~~ | ~~$34.47~~ | $36.27 | $38.01 | $39.96 | $41.88 | $43.95 | $46.14 | $48.45 | $50.85 | $53.39 | $56.04 | $58.84 | $61.76 | $64.88 | $68.12 | $ 71.57 | $ 73.00 |
| MSN | ~~$33.01~~ | ~~$34.60~~ | $36.40 | $38.14 | $40.09 | $42.01 | $44.08 | $46.27 | $48.58 | $50.98 | $53.52 | $56.17 | $58.97 | $61.89 | $65.01 | $68.25 | $ 71.70 | $ 73.13 |
| **NP/CNS\*\*** | ~~$34.45~~ | ~~$36.21~~ | $37.96 | $39.83 | $41.84 | $43.97 | $46.15 | $48.44 | $50.86 | $53.42 | $56.13 | $58.94 | $61.85 | $64.94 | $68.18 | $71.59 | $ 75.22 | $ 76.73 |
| BSN | ~~$34.58~~ | ~~$36.34~~ | $38.09 | $39.96 | $41.97 | $44.10 | $46.28 | $48.57 | $50.99 | $53.55 | $56.26 | $59.07 | $61.98 | $65.07 | $68.31 | $71.72 | $ 75.35 | $ 76.86 |
| MSN | ~~$34.71~~ | ~~$36.47~~ | $38.22 | $40.09 | $42.10 | $44.23 | $46.41 | $48.70 | $51.12 | $53.68 | $56.39 | $59.20 | $62.11 | $65.20 | $68.44 | $71.85 | $ 75.48 | $ 76.99 |
| **NNPs** | ~~$36.85~~ | ~~$38.62~~ | $40.37 | $42.23 | $44.24 | $46.37 | $48.56 | $50.85 | $53.27 | $55.82 | $58.53 | $61.34 | $64.26 | $67.34 | $70.58 | $73.99 | $77.62 | $79.13 |

**TUFTS MEDICAL CENTER HOSPITALS, INC.**
**Salary Scale at Two Yrs Post-Ratification (ATB1.0%, S18 3% above S17)**

| | | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18)3% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Staff RN** | | $30.07 | $31.55 | $33.18 | $34.79 | $36.57 | $38.36 | $40.22 | $42.24 | $44.37 | $46.58 | $48.90 | $51.35 | $53.92 | $56.63 | $59.43 | $62.43 | $ 65.58 | $ 67.57 |
| | BSN | $30.20 | $31.68 | $33.31 | $34.92 | $36.70 | $38.49 | $40.35 | $42.37 | $44.50 | $46.71 | $49.03 | $51.48 | $54.05 | $56.76 | $59.56 | $62.56 | $ 65.71 | $ 67.70 |
| | MSN | $30.33 | $31.81 | $33.44 | $35.05 | $36.83 | $38.62 | $40.48 | $42.50 | $44.63 | $46.84 | $49.16 | $51.61 | $54.18 | $56.89 | $59.69 | $62.69 | $ 65.84 | $ 67.83 |
| **OR Service RN** | | $32.17 | $33.77 | $35.49 | $37.24 | $39.12 | $41.04 | $43.05 | $45.19 | $47.48 | $49.84 | $52.33 | $54.96 | $57.69 | $60.57 | $63.62 | $66.80 | $ 70.19 | $ 72.31 |
| | BSN | $32.30 | $33.90 | $35.62 | $37.37 | $39.25 | $41.17 | $43.18 | $45.32 | $47.61 | $49.97 | $52.46 | $55.09 | $57.82 | $60.70 | $63.75 | $66.93 | $ 70.32 | $ 72.44 |
| | MSN | $32.43 | $34.03 | $35.75 | $37.50 | $39.38 | $41.30 | $43.31 | $45.45 | $47.74 | $50.10 | $52.59 | $55.22 | $57.95 | $60.83 | $63.88 | $67.06 | $ 70.45 | $ 72.57 |
| **Clinical Leader/ Clinical Instructor** | | $33.08 | $34.68 | $36.50 | $38.26 | $40.22 | $42.17 | $44.26 | $46.47 | $48.80 | $51.23 | $53.79 | $56.47 | $59.30 | $62.25 | $65.40 | $68.67 | $ 72.15 | $ 74.34 |
| | BSN | $33.21 | $34.81 | $36.63 | $38.39 | $40.35 | $42.30 | $44.39 | $46.60 | $48.93 | $51.36 | $53.92 | $56.60 | $59.43 | $62.38 | $65.53 | $68.80 | $ 72.28 | $ 74.47 |
| | MSN | $33.34 | $34.94 | $36.76 | $38.52 | $40.48 | $42.43 | $44.52 | $46.73 | $49.06 | $51.49 | $54.05 | $56.73 | $59.56 | $62.51 | $65.66 | $68.93 | $ 72.41 | $ 74.60 |
| **NP/CNS\*\*** | | $34.80 | $36.57 | $38.34 | $40.23 | $42.26 | $44.41 | $46.62 | $48.93 | $51.37 | $53.95 | $56.69 | $59.53 | $62.47 | $65.58 | $68.86 | $72.31 | $ 75.97 | $ 78.27 |
| | BSN | $34.93 | $36.70 | $38.47 | $40.36 | $42.39 | $44.54 | $46.75 | $49.06 | $51.50 | $54.08 | $56.82 | $59.66 | $62.60 | $65.71 | $68.99 | $72.44 | $ 76.10 | $ 78.40 |
| | MSN | $35.06 | $36.83 | $38.60 | $40.49 | $42.52 | $44.67 | $46.88 | $49.19 | $51.63 | $54.21 | $56.95 | $59.79 | $62.73 | $65.84 | $69.12 | $72.57 | $ 76.23 | $ 78.53 |
| **NNPs** | | $37.20 | $38.98 | $40.75 | $42.63 | $44.66 | $46.81 | $49.02 | $51.33 | $53.77 | $56.36 | $59.09 | $61.93 | $64.88 | $67.99 | $71.27 | $74.71 | $78.37 | $80.67 |

**TUFTS MEDICAL CENTER HOSPITALS, INC.**
**Salary Scale at Three Yrs Post-Ratification (ATB1.5%, S18 4% above S17)**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18)4% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Staff RN** | $30.52 | $32.03 | $33.68 | $35.31 | $37.12 | $38.93 | $40.83 | $42.87 | $45.04 | $47.28 | $49.63 | $52.12 | $54.72 | $57.48 | $60.33 | $63.36 | $ 66.56 | $ 69.27 |
| BSN | $30.65 | $32.16 | $33.81 | $35.44 | $37.25 | $39.06 | $40.96 | $43.00 | $45.17 | $47.41 | $49.76 | $52.25 | $54.85 | $57.61 | $60.46 | $63.49 | $ 66.69 | $ 69.40 |
| MSN | $30.78 | $32.29 | $33.94 | $35.57 | $37.38 | $39.19 | $41.09 | $43.13 | $45.30 | $47.54 | $49.89 | $52.38 | $54.98 | $57.74 | $60.59 | $63.62 | $ 68.82 | $ 69.53 |
| **OR Service RN** | $32.65 | $34.28 | $36.02 | $37.80 | $39.71 | $41.66 | $43.69 | $45.87 | $48.20 | $50.59 | $53.12 | $55.78 | $58.55 | $61.48 | $64.57 | $67.80 | $ 71.24 | $ 74.13 |
| BSN | $32.78 | $34.41 | $36.15 | $37.93 | $39.84 | $41.79 | $43.82 | $46.00 | $48.33 | $50.72 | $53.25 | $55.91 | $58.69 | $61.61 | $64.70 | $67.93 | $ 71.37 | $ 74.26 |
| MSN | $32.91 | $34.54 | $36.28 | $38.06 | $39.97 | $41.92 | $43.95 | $46.13 | $48.46 | $50.85 | $53.38 | $56.04 | $58.82 | $61.74 | $64.83 | $68.06 | $ 71.50 | $ 74.39 |
| **Clinical Leader/ Clinical Instructor** | $33.58 | $35.20 | $37.05 | $38.84 | $40.83 | $42.80 | $44.92 | $47.16 | $49.53 | $52.00 | $54.60 | $57.32 | $60.19 | $63.18 | $66.38 | $69.70 | $ 73.23 | $ 76.21 |
| BSN | $33.71 | $35.33 | $37.18 | $38.97 | $40.96 | $42.93 | $45.05 | $47.29 | $49.66 | $52.13 | $54.73 | $57.45 | $60.32 | $63.31 | $66.51 | $69.83 | $ 73.36 | $ 76.34 |
| MSN | $33.84 | $35.46 | $37.31 | $39.10 | $41.09 | $43.06 | $45.18 | $47.42 | $49.79 | $52.26 | $54.86 | $57.58 | $60.45 | $63.44 | $66.64 | $69.96 | $ 73.49 | $ 76.47 |
| **NP/CNS**\*\* | $35.32 | $37.12 | $38.92 | $40.83 | $42.89 | $45.08 | $47.31 | $49.66 | $52.14 | $54.76 | $57.54 | $60.42 | $63.41 | $66.57 | $69.90 | $73.39 | $ 77.11 | $ 80.24 |
| BSN | $35.45 | $37.25 | $39.05 | $40.96 | $43.02 | $45.21 | $47.44 | $49.79 | $52.27 | $54.89 | $57.67 | $60.55 | $63.54 | $66.70 | $70.03 | $73.52 | $ 77.24 | $ 80.37 |
| MSN | $35.58 | $37.38 | $39.18 | $41.09 | $43.15 | $45.34 | $47.57 | $49.92 | $52.40 | $55.02 | $57.80 | $60.68 | $63.67 | $66.83 | $70.16 | $73.65 | $ 77.37 | $ 80.50 |
| **NNPs** | $37.72 | $39.53 | $41.32 | $43.23 | $45.29 | $47.48 | $49.72 | $52.06 | $54.55 | $57.16 | $59.94 | $62.83 | $65.81 | $68.97 | $72.30 | $75.79 | $79.51 | $82.64 |

**TUFTS MEDICAL CENTER HOSPITALS, INC.**
**Salary Scale at 3.5 Yrs Post-Ratification (ATB 0.5%)**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18)4% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Staff RN** | $30.67 | $32.19 | $33.84 | $35.49 | $37.31 | $39.13 | $41.03 | $43.09 | $45.27 | $47.52 | $49.88 | $52.38 | $55.00 | $57.77 | $60.63 | $63.68 | $ 66.90 | $ 69.61 |
| **BSN** | $30.80 | $32.32 | $33.97 | $35.62 | $37.44 | $39.26 | $41.16 | $43.22 | $45.40 | $47.65 | $50.01 | $52.51 | $55.13 | $57.90 | $60.76 | $63.81 | $ 67.03 | $ 69.74 |
| **MSN** | $30.93 | $32.45 | $34.10 | $35.75 | $37.57 | $39.39 | $41.29 | $43.35 | $45.53 | $47.78 | $50.14 | $52.64 | $55.26 | $58.03 | $60.89 | $63.94 | $ 67.16 | $ 69.87 |
| | | | | | | | | | | | | | | | | | | |
| **OR Service RN** | $32.81 | $34.45 | $36.20 | $37.99 | $39.91 | $41.87 | $43.91 | $46.10 | $48.44 | $50.84 | $53.39 | $56.06 | $58.85 | $61.79 | $64.89 | $68.14 | $ 71.60 | $ 74.50 |
| **BSN** | $32.94 | $34.58 | $36.33 | $38.12 | $40.04 | $42.00 | $44.04 | $46.23 | $48.57 | $50.97 | $53.52 | $56.19 | $58.98 | $61.92 | $65.02 | $68.27 | $ 71.73 | $ 74.63 |
| **MSN** | $33.07 | $34.71 | $36.46 | $38.25 | $40.17 | $42.13 | $44.17 | $46.36 | $48.70 | $51.10 | $53.65 | $56.32 | $59.11 | $62.05 | $65.15 | $68.40 | $ 71.86 | $ 74.76 |
| | | | | | | | | | | | | | | | | | | |
| **Clinical Leader/ Clinical Instructor** | $33.75 | $35.38 | $37.23 | $39.03 | $41.03 | $43.01 | $45.15 | $47.40 | $49.78 | $52.26 | $54.87 | $57.61 | $60.49 | $63.50 | $66.71 | $70.05 | $ 73.60 | $ 76.59 |
| **BSN** | $33.88 | $35.51 | $37.36 | $39.16 | $41.16 | $43.14 | $45.28 | $47.53 | $49.91 | $52.39 | $55.00 | $57.74 | $60.62 | $63.63 | $66.84 | $70.18 | $ 73.73 | $ 76.72 |
| **MSN** | $34.01 | $35.64 | $37.49 | $39.29 | $41.29 | $43.27 | $45.41 | $47.66 | $50.04 | $52.52 | $55.13 | $57.87 | $60.75 | $63.76 | $66.97 | $70.31 | $ 73.86 | $ 76.85 |
| | | | | | | | | | | | | | | | | | | |
| **NP/CNS\*\*** | $35.49 | $37.31 | $39.11 | $41.03 | $43.10 | $45.30 | $47.55 | $49.91 | $52.40 | $55.03 | $57.83 | $60.72 | $63.73 | $66.90 | $70.24 | $73.76 | $ 77.49 | $ 80.64 |
| **BSN** | $35.62 | $37.44 | $39.24 | $41.16 | $43.23 | $45.43 | $47.68 | $50.04 | $52.53 | $55.16 | $57.96 | $60.85 | $63.86 | $67.03 | $70.37 | $73.89 | $ 77.62 | $ 80.77 |
| **MSN** | $35.75 | $37.57 | $39.37 | $41.29 | $43.36 | $45.56 | $47.81 | $50.17 | $52.66 | $55.29 | $58.09 | $60.98 | $63.99 | $67.16 | $70.50 | $74.02 | $ 77.75 | $ 80.90 |
| | | | | | | | | | | | | | | | | | | |
| **NNPs** | $37.90 | $39.74 | $41.52 | $43.44 | $45.51 | $47.71 | $49.96 | $52.31 | $54.81 | $57.44 | $60.23 | $63.13 | $66.13 | $69.30 | $72.65 | $76.16 | $79.90 | $83.04 |

**TUFTS MEDICAL CENTER HOSPITALS, INC.**
**Salary Scale at first payperiod on or afterSeptember 15th  2021 (S18 5% above S17)**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18)5% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Staff RN** | $30.67 | $32.19 | $33.84 | $35.49 | $37.31 | $39.13 | $41.03 | $43.09 | $45.27 | $47.52 | $49.88 | $52.38 | $55.00 | $57.77 | $60.63 | $63.68 | $ 66.90 | $ 70.31 |
| BSN | $30.80 | $32.32 | $33.97 | $35.62 | $37.44 | $39.26 | $41.16 | $43.22 | $45.40 | $47.65 | $50.01 | $52.51 | $55.13 | $57.90 | $60.76 | $63.81 | $ 67.03 | $ 70.44 |
| MSN | $30.93 | $32.45 | $34.10 | $35.75 | $37.57 | $39.39 | $41.29 | $43.35 | $45.53 | $47.78 | $50.14 | $52.64 | $55.26 | $58.03 | $60.89 | $63.94 | $ 67.16 | $ 70.57 |
| **OR Service RN** | $32.81 | $34.45 | $36.20 | $37.99 | $39.91 | $41.87 | $43.91 | $46.10 | $48.44 | $50.84 | $53.39 | $56.08 | $58.85 | $61.79 | $64.89 | $68.14 | $ 71.60 | $ 75.25 |
| BSN | $32.94 | $34.58 | $36.33 | $38.12 | $40.04 | $42.00 | $44.04 | $46.23 | $48.57 | $50.97 | $53.52 | $56.19 | $58.98 | $61.92 | $65.02 | $68.27 | $ 71.73 | $ 75.38 |
| MSN | $33.07 | $34.71 | $36.46 | $38.25 | $40.17 | $42.13 | $44.17 | $46.36 | $48.70 | $51.10 | $53.65 | $56.32 | $59.11 | $62.05 | $65.15 | $68.40 | $ 71.86 | $ 75.51 |
| **Clinical Leader/ Clinical Instructor** | $33.75 | $35.38 | $37.23 | $39.03 | $41.03 | $43.01 | $45.15 | $47.40 | $49.78 | $52.26 | $54.87 | $57.61 | $60.49 | $63.50 | $66.71 | $70.05 | $ 73.60 | $ 77.35 |
| BSN | $33.88 | $35.51 | $37.36 | $39.16 | $41.16 | $43.14 | $45.28 | $47.53 | $49.91 | $52.39 | $55.00 | $57.74 | $60.62 | $63.63 | $66.84 | $70.18 | $ 73.73 | $ 77.48 |
| MSN | $34.01 | $35.64 | $37.49 | $39.29 | $41.29 | $43.27 | $45.41 | $47.66 | $50.04 | $52.52 | $55.13 | $57.87 | $60.75 | $63.76 | $66.97 | $70.31 | $ 73.86 | $ 77.61 |
| **NP/CNS**\*\* | $35.49 | $37.31 | $39.11 | $41.03 | $43.10 | $45.30 | $47.55 | $49.91 | $52.40 | $55.03 | $57.83 | $60.72 | $63.73 | $66.90 | $70.24 | $73.76 | $ 77.49 | $ 81.45 |
| BSN | $35.62 | $37.44 | $39.24 | $41.16 | $43.23 | $45.43 | $47.68 | $50.04 | $52.53 | $55.16 | $57.96 | $60.85 | $63.86 | $67.03 | $70.37 | $73.89 | $ 77.62 | $ 81.58 |
| MSN | $35.75 | $37.57 | $39.37 | $41.29 | $43.36 | $45.56 | $47.81 | $50.17 | $52.66 | $55.29 | $58.09 | $60.98 | $63.99 | $67.16 | $70.50 | $74.02 | $ 77.75 | $ 81.71 |
| **NNPs** | $37.90 | $39.71 | $41.52 | $43.44 | $45.51 | $47.71 | $49.96 | $52.31 | $54.81 | $57.44 | $60.23 | $63.13 | $66.13 | $69.30 | $72.65 | $76.16 | $79.90 | $83.85 |

Tufts-New England Medical Center

May 19, 2009

Deb Sullivan
Massachusetts Nurses Association
340 Turnpike Street
Canton, Massachusetts 02021

Dear Ms. Sullivan:

This will confirm certain understandings reached between Tufts Medical Center Hospitals, Inc. and Massachusetts Nurses Association in connection with the negotiation of the 2008-10 collective bargaining agreement, as follows:

1.     If the Hospital establishes a child care program, nurses will be eligible to participate on an equal basis with other Hospital employees.

2.     During the orientation period, the Hospital will distribute to each new nurse a letter from the Association listing the members of the Nurses Committee and a membership dues/Association service fee deduction form.  At such time, the Hospital will encourage new nurses to complete and sign the form.

3.     The Hospital will notify nurses, in advance or in the paycheck affected, of any change in payroll deductions for insurance or taxes not initiated by the nurses.

4.     The Hospital will notify nurses generally and new nurses during orientation that it can arrange for them to secure assistance if they find that they have an alcohol or other substance dependency problem.

5.     A nurse who provides sufficient advance notice in accordance with Hospital procedures will receive on the pay day prior to commencement of the nurse's scheduled vacation a separate check covering vacation pay.
If there is a mistake in the computation of vacation pay reflected in the check and the nurse brings the mistake to the Hospital's attention promptly, a hand drawn check will be prepared so that the nurse will be able to go on vacation with the full amount of vacation pay to which the nurse is entitled.  A copy of the Nursing Department policy concerning vacation pay requests will be distributed to nurses by their supervisors and to new nurses during orientation.

6.      The Hospital will not use the fact that the job title "Senior Staff Nurse" was changed to "Assistant Nurse Manager" against the Association in any proceeding or hearing.

7.      The holiday algorithm will be extended to also apply to the period from the week in which the Thanksgiving Day holiday falls through the week in which the New Year's holiday falls.

8.      This will confirm that the name/title changes contained in the Hospital's proposals #2, #3 and #11 in the negotiations for the parties' 2003-2004 agreement are technical changes only and will, in no way, affect the terms and conditions of the parties' collective bargaining agreement.

MASSACHUSETTS NURSES ASSOCIATION      TUFTS MEDICAL CENTER HOSPITALS, Inc.

_____      _____

Tufts Medical Center
NURSE PRACTICE ACT SIDE LETTER OF AGREEMENT

This will confirm certain understandings reached between Tufts Medical Center Hospitals, Inc. and the Massachusetts Nurses Association in connection with the negotiation of the 2008-10 collective bargaining agreement, as follows:

• The Hospital recognizes and agrees with the principles as stated in the Nurse Practice Act

MASSACHUSETTS NURSES ASSOCIATION        TUFTS MEDICAL CENTER HOSPITALS, Inc.

_____        _____

Voluntary Early Exit Program
Side Letter of Agreement Clarification
One Time Offer ONLY

Effective **January 1 through February 14, 2018**, the Medical Center will offer a Voluntary Early Exit Program according to the following terms:

**Eligibility:**  Participation will be subject to the terms of the attached letter agreement, except that eligibility will be determined as follows:  All active full-time or part-time (including those on leave, excluding per diems), who (1) have attained age 55 or greater (2) are employed at step 15 or above, and (3) have accrued ten years of services who want to participate in the Voluntary Early Exit Program must notify the Hospital on or before February 14, 2018.

**Incentive:**

- Option 1 (55-59 years of age):  20 weeks of severance at FTE rate;
- Option 2 (60-64 years of age):
  - Continuation of existing health insurance policy for employee or employee plus one until age 65 (maximum of 60 mos.); or 20 weeks of severance at FTE rate.
- Option 3 (65 or older):  20 weeks of severance at FTE rate.

III.   STAFFING

A.   Methods for improving staffing:

1.   Limit pre-assigned float pool nurses to 30% of total float pool nurses.

2.   Build a more robust float pool:

   a.   Increase the float pool to 40 FTEs by hiring 7 additional FTEs within six (6) weeks of ratification.

   b.   Ensure one unassigned float pool nurse scheduled 24/7 in Pediatrics; Adult Med Surg; and Adult Critical Care within eight (8) weeks of ratification.

3.   Charge Nurse Program:

   4.8 Charge Nurse FTEs will be distributed according to need in the following patient care areas: North 7, North 6, North 4, Proger 5 North, Proger 7 and Floating 7. These nurses will have primary responsibility to operationalize quality patient care and flow while serving as a resource to nurses. Utilization of these nurses shall be determined with input of the staff nurses on that unit.

4.   Assignments:

   a.   We acknowledge our joint commitment to safe, high quality patient care. The staffing for days and evenings for RNs and ancillary support staff in adult and pediatric medical/surgical settings is as articulated by the parties during their 2010/2011 negotiations and remain in effect during the term of the eighteen (18) month extension agreement. Any staffing assignments outside those points would occur only on a rare and transient basis to deal with emergencies, (e.g., major snow storms, pandemics). Any infrequent request to transiently go outside the staffing assignment would be worked out by the nurse manager/supervisor in collaboration with the RNs involved and the nurse executive as needed. If any grievances should occur surrounding this language they shall first be discussed in staff nurse advisory committee or joint labor management committee, whichever occurs sooner.

   b.   Practice of 7:1 assignments in the Adult and Pediatric Medical Surgical areas shall be eliminated within eight (8) weeks of ratification.

   c.   Practice of 3:1 assignments in Adult Critical Care shall be limited to patient assignments consisting solely of boarders and bumps.

5.   Backfill all current temporary RN staff by November 2011.

IV.   TEMPORARY REASSIGNMENTS

To address nurses' concerns regarding temporary reassignments:

Order for temporary reassignments:
    A.    Floats
    B.    Volunteers
    C.    Travelers
    D.    Clusters
    E.    Core Staff

Reciprocal Units:

Adult Critical Care:
    SICU and NSCCU
    SICU and CTU
    CTU and CCU
    CCU and MICU
    NSCCU and MICU

Med/Surg:
    North 4 and Proger 5 N
    North 7, Proger 7, North 8
    CMC and North 6

Pediatrics/Perinatal:
    Floating 7 and PBMT
    NICU and PICU (developmental/age appropriate meaning less than or equal
to 60 days)
    MIU and MSCU

Pediatric float pool nurses may be assigned to Floating 7, PBMT, NICU and PICU.

Unidirectional:

    CTU to MICU
    SICU to MICU
    PICU to PBMT
    NICU to new born nursery
    LDR to MIU

Competency Requirements:

All nurses being temporarily reassigned will receive a patient assignment consistent with
their clinical competencies. At a nurse's request he/she will receive up to four (4) hours of
unit familiarization.

July 8, 2014

## FLEX CONVERSION SIDE LETTER

Any Flex RN with five years or more of consecutive service in a Flex position, and/or twenty-five years of seniority, as of the date of ratification will have a **one-time** option to convert to a non Flex position on his or her current unit and shift, FTE. An RN who wishes to do so must notify his or her Clinical Nursing Director in writing within two (2) weeks of ratification of the parties' Memorandum of Agreement. Conversion to a non Flex position will be effective at the start of the third pay period following the RN's request.

The Parties agree that this side letter shall not constitute a precedent for any purpose and shall not be admissible in any proceeding between the parties, other than a proceeding to enforce the terms of this agreement.

TUFTS MEDICAL CENTER                                MNA

_____            _____

Mary Beth Williams                                _____

_____            Sandra Keenan

_____            _____

_____            _____

                                            _____

                                            _____

                                            _____

                                            _____

## Cluster Side Letter

As of the date of ratification, January 3, 2018, any nurse in a cluster position hired before January 3, 2015 shall have a one-time option to request to convert to a non-cluster position in his/her primary unit.  All opt-out requests shall be received by the clinical nursing director within four (4) weeks of ratification, and non-cluster status shall be communicated in writing to the nurse within 6 weeks of ratification.  The non-cluster status shall be effective six (6) weeks post ratification.

Any nurse holding a cluster designation position for five (5) years shall have the option of converting to a non-cluster position. Non-cluster status shall be communicated in writing to the nurse within 6 weeks of the nurse's decision to opt out.

**Resource Side Letter**

The Medical Center and the MNA believe that ensuring that patients have sufficient clinical response RN and IV resources is important.  For the duration of the 2018-2021 Collective Bargaining Agreement:

- There shall be a team of IV resources and a team of vascular access resources 7am-11pm that will be used in difficult IV insertions.  These teams will be comprised of RNs and other personnel.  If for some reason, a member of the team is not needed to perform difficult IV insertions the hospital may assign members of these teams to perform training, education, and regulatory readiness work.
- There shall be nurses--normally CRNs (or successor titles) or designated expert RNs who meet the criteria and are trained and orientated into the role-- on site assigned to each shift to respond to rapid response and code blues, and to provide clinical support for patient care 24 hours per day 7 days per week.

This agreement shall not sunset, but may be revisited as needed to assess and evaluate effectiveness.

**Side letter of Agreement**
**Clarification purposes one time only offer**
**Voluntary Early Exit Program**

Effective January 1 through February 14, 2018, the Medical Center will offer a Voluntary Early Exit Program according to the following terms:

**Eligibility:**  Participation will be subject to the terms of the attached letter agreement, except that eligibility will be determined as follows:  All active full-time or part-time (including those on leave, excluding per diems), who (1) have attained age 55 or greater (2) are employed at step 15 or above, and (3) have accrued ten years of service.  Nurses who want to participate in the Voluntary Early Exit Program must notify the Hospital on or before February 14, 2018.

**Incentive:**
- Option 1 (55-59 years of age):  20 weeks of severance at FTE rate;
- Option 2 (60-64 years of age):
  - Continuation of existing health insurance policy for employee or employee plus one until age 65 (maximum of 60 mos.); **or**
  - 20 weeks of severance at FTE rate.
- Option 3 (65 or older):  20 weeks of severance at FTE rate.

4842-3366-7787.1 050746.1208